**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

DOE CORP.,

Case No. 1:26-cv-26215-BB

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.
_______________________________________/

**MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Nitin Kaushik, Esq., of the law firm of Kaushik & Associates, PLLC, 1600 Perrineville Road, Suite 2-400, Monroe Township, New Jersey 08831, telephone (908) 560-7265, for purposes of appearance as co-counsel on behalf of certain Defendants identified on Schedule "A" who have retained undersigned counsel (the "Represented Defendants") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Nitin Kaushik to receive electronic filings in this case, and in support thereof states as follows:

1. Nitin Kaushik is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the State of New York and of the Bars of the United States District Courts for the Southern District of New York, the Eastern District of New York, the Northern District of Illinois, and the District of Nebraska, and of the United States Courts of Appeals for the Second, Fifth, and Ninth Circuits.

2. Movant, Griffin C. Klema, Esquire, of the law firm of Klema Law, P.L., 420 W. Kennedy Boulevard, Second Floor, Tampa, Florida 33606, telephone (202) 713-5292, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Nitin Kaushik has made payment of this Court's $250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Nitin Kaushik, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Nitin Kaushik at the email address nkaushik@kaushiklex.com.

5. This motion is exempt from the pre-filing conference requirement of Local Rule 7.1(a)(3). A proposed order is submitted herewith in accordance with Local Rule 7.1(a)(2) and Section 3I(6) of the CM/ECF Administrative Procedures. The Complaint and its Schedule "A" are sealed (DE 9), and by the Court's Omnibus Order of September 10, 2026 (DE 11, paragraph 3) Plaintiff is to file under seal, within fourteen days, a Schedule "A" containing the relevant identifiers of each Defendant. Until that Schedule "A" is filed, no Defendant can be identified in this motion by the name or number that will appear on it, and identifying the Represented

Defendants by their marketplace storefront names in a public filing would disclose their identities beyond what the Court has permitted for the Plaintiff itself. Movant will file an appropriate Notice of Appearance identifying each Represented Defendant by its Schedule "A" designation within seven days after Schedule "A" is docketed.[1] The Represented Defendants reserve all defenses, including as to personal jurisdiction, joinder and service, and nothing in this motion is a general appearance on behalf of any person not so identified.

**WHEREFORE**, Griffin C. Klema, Esquire, moves this Court to enter an Order permitting Nitin Kaushik to appear before this Court on behalf of certain Defendants identified on Schedule "A" who have retained undersigned counsel (the "Represented Defendants"), for all purposes relating to the proceedings in the above-styled matter, and directing the Clerk to provide notice of electronic filings to Nitin Kaushik.

Dated: September 16, 2026

Respectfully submitted,

__/s/ Griffin Klema________
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
Klema Law, P.L.
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292

*Attorney for the Represented Defendants*

[1] For avoidance of doubt, any subsequent notice of special appearance shall not constitute a waiver of any defenses the Represented Defendants may have, including, without limitation, lack of this Court's personal jurisdiction over them.

**CERTIFICATION OF NITIN KAUSHIK**

Nitin Kaushik, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bar of the State of New York (admitted 2008; Registration No. 4625497) and of the Bars of the United States District Courts for the Southern District of New York, the Eastern District of New York, the Northern District of Illinois, and the District of Nebraska, and of the United States Courts of Appeals for the Second, Fifth, and Ninth Circuits; (3) no disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction; and (4) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Dated: September 16, 2026

__/s/ Nitin Kaushik________
Nitin Kaushik, Esq.
N.Y. Bar Reg. No. 4625497
nkaushik@kaushiklex.com
Kaushik & Associates, PLLC
1600 Perrineville Road, Suite 2-400
Monroe Township, NJ 08831
Telephone: 908-560-7265
*Pro hac vice pending*