**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

DOE CORP.,

Case No. 1:26-cv-26215-BB

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.
_______________________________________/

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Nitin Kaushik, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

The Motion is GRANTED. Nitin Kaushik may appear and participate in this action on behalf of certain Defendants identified on Schedule "A" who have retained undersigned counsel (the "Represented Defendants"). The Clerk shall provide electronic notification of all electronic filings to Nitin Kaushik at nkaushik@kaushiklex.com.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of September, 2026.

______________________________
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record