**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:26-cv-26215-BLOOM/Elfenbein

**DOE CORP.,**

Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

Defendants.

---

**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR EXPEDITED DISCOVERY**

THIS CAUSE came before the Court on Plaintiff's Ex Parte Motion for Expedited Discovery. The Court, having considered the Motion, the Declaration of Plaintiff's President, and the record, finds good cause to authorize discovery in advance of the Rule 26(f) conference because the discovery is necessary to identify Defendants, to effectuate the relief sought, and to prevent the dissipation of assets and evidence. It is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED as follows:

1. Plaintiff may immediately serve document subpoenas and requests on Amazon.com, Inc. and Amazon.com Services LLC, and on Whaleco Inc. (d/b/a Temu), seeking, for each Seller Alias identified on Schedule "A," documents sufficient to identify the seller's true name, domicile, and physical, email, and other contact information; the financial accounts to which the seller's proceeds are remitted; and the transaction and sales records for the accused listings.

2. Plaintiff may immediately serve document subpoenas and requests on payment processors, including PayPal, Inc. and Payoneer Inc., and on any financial institution identified as holding Defendants' proceeds, seeking documents sufficient to identify the accounts associated with each Seller Alias, the account holders' identifying and contact information, and the balances and transaction histories of those accounts.

3. The third parties served may produce responsive documents to Plaintiff's counsel on an expedited basis, and any objection based on the timing of this discovery is overruled; objections on other grounds are preserved.

4. Plaintiff may serve expedited interrogatories and document requests, limited to the categories above, on any Defendant who appears and on any additional third party later identified as holding Defendants' identifying or financial information.

5. Information produced pursuant to this Order shall be used solely for purposes of this litigation and, to the extent it contains personal identifying or financial-account information, shall be treated as confidential pending entry of a protective order.

DONE AND ORDERED in Chambers at ______________, Florida, this ____ day of ______________, 2026.

____________________________________
UNITED STATES DISTRICT JUDGE