**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-26215-BLOOM/Elfenbein**

DOE CORP.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.

---

**PLAINTIFF'S NOTICE OF FILING SCHEDULE "A" UNDER SEAL**

Plaintiff, by and through undersigned counsel and pursuant to Paragraph 3 of the Court's Omnibus Order Regarding Schedule "A" Causes of Action [ECF No. 11], hereby gives notice of the filing under seal, contemporaneously herewith, of Schedule "A" to this action. Schedule "A" sets forth the relevant identifiers of each Defendant, including each Defendant's Seller Alias, the marketplace through which that Defendant operates, and the accused listing identifier (Amazon ASIN or Temu product identifier) for that Defendant.

Schedule "A" is filed under seal in accordance with the Court's express directive in Paragraph 3 of the Omnibus Order and consistent with the pseudonymous designation under which this action proceeds. Public disclosure of the Defendant identifiers set forth in Schedule "A" would alert Defendants to the pendency and the particulars of this action before the relief Plaintiff seeks can take effect, and would thereby enable Defendants to conceal their true identities, dissipate the proceeds of their infringing sales, and abandon and re-open their storefronts under new aliases, defeating the very purpose of the relief sought.

Should the Court require a public, redacted version of Schedule "A," or should the circumstances warranting sealing later change, Plaintiff will promptly file a redacted version or move for such other relief as the Court directs.

Dated: September 16, 2026

Respectfully submitted,

/s/ Cole Carlson
Cole Carlson
LEAD TRIAL COUNSEL
Florida Bar No. 112863
CARLSON IP LAW, LLC
412 E Madison Street, Suite 821
Tampa, Florida 33602
Tel: (813) 445-5175
cole@carlsoniplaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date set forth below, a true and correct copy of the foregoing Notice was filed with the Clerk of Court, that Schedule "A" was filed under seal and is not disclosed publicly, and that, pursuant to a future order authorizing alternative service under Federal Rule of Civil Procedure 4(f)(3), the foregoing will be served upon Defendants by electronic means at the email addresses associated with their respective seller accounts.

/s/ Cole Carlson
Cole Carlson