AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Doe Corp
*Plaintiff*
v.
The Individuals, Partnerships, and Unincorporated A
*Defendant*

Case No. 26-CV-26215

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants VersaCharm; Wantline; YanDe Store; SnowFlood; Giftoday; ORIENTAL CHERRY HOME .
FestalMart Direct; Joyehome Direct.

Date: 09/24/2026

/s/Ziqi Yu
*Attorney's signature*

ZIQI YU, FL #1044119
*Printed name and bar number*

5794 Bird Rd Unit 554
Miami, FL 33155
415-519-5274
*Address*

procollider@pm.me
*E-mail address*

(415) 519-5274
*Telephone number*

*FAX number*