**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:26-cv-26215-BLOOM/Elfenbein

**DOE CORP.,**

Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT NOS. 4, 15, AND 19

Plaintiff Doe Corp. ("Plaintiff"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of the voluntary dismissal WITH PREJUDICE of all claims asserted in this action against Defendant No. 4, Yiwu Yimai Crafts Co., Ltd. d/b/a YimaiUS, Defendant No. 15, HK Lion Rock Technology Limited d/b/a Lion Rock-US, and Defendant No. 19, Aurora Exem Limited d/b/a HAPPYCLUB-US (the "Settling Defendants"). In support, Plaintiff states:

1. The Settling Defendants have not served an answer or a motion for summary judgment in this action. Dismissal by notice under Rule 41(a)(1)(A)(i) is therefore proper.
2. Plaintiff and the Settling Defendants have resolved all claims between them relating to this action.
3. This dismissal is WITH PREJUDICE and applies solely to the Settling Defendants. This action remains pending against all other Defendants identified on Schedule "A."
4. Each party shall bear its own attorneys' fees, costs, and expenses.

Plaintiff's contemporaneously filed Unopposed Motion to Dissolve Asset Restraint and Release Restrained Funds as to the Settling Defendants seeks the release of any funds restrained in this action solely as to the Settling Defendants.

Dated: September 24, 2026

Respectfully submitted,

/s/ Cole Carlson
Cole Carlson, Esq.
Florida Bar No. 112863
cole@carlsoniplaw.com
412 E. Madison Street, Suite 821
Tampa, FL 33602
Telephone: (813) 445-5175

*Attorney for Plaintiff*
*Shenzhen Jiaxin Technology Co., Ltd.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 24, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will serve the foregoing on Defendants via alternative service once e-mail addresses for each Defendant have been identified.

/s/ Cole Carlson
Cole Carlson, Esq.