**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DOE CORP.**

Case No. 1:26-cv-26215-BB

**Plaintiff,**

**v.**

**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",**

**Defendants.**

______________________________________/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that the undersigned attorney, duly admitted to practice in this Court, hereby enters his appearance as counsel for the defendant Amazon Store WEXIXI (Seller ID: A17AAR5X9UH2F8) in the above captioned matter.

Jianyin Liu designates the following email addresses, for service of all documents required to be served in this proceeding:

Primary E-Mail Addresses: jamesliulaw@gmail.com;

Secondary E-Mail Address: jianyin.cdc@gmail.com.

Dated: Sept. 24, 2026

/s/ Jianyin Liu

Jianyin Liu, Esq.
1007675
jamesliulaw@gmail.com
The Law Offices of James Liu PLLC
9000 SW 157th St
Palmetto Bay, FL 33157

Ph: (305) 209 6188

**CERTIFICATE OF SERVICE**

I certify that this document has been served to all parties on record via CM/ECF on this Sept. 24, 2026.

/s/ Jianyin Liu