**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 26-CV-26215**

**Doe Corp**

**Plaintiff,**

**v.**

**The Individuals, Partnerships,**
**and Unincorporated Associations**
**Identified on Schedule "A" Hereto**

**Defendants.**

______________________________________________/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Zhaoxin Zhang, T&C Lawfirm, Taikang Innovation Tower, Nanshan District, Shenzhen City, Guangdong Province, China; zhangzhaoxin@tclawfirm.com; +86-15652520869) for purposes of appearance as co-counsel on behalf of Defendants VersaCharm; Wantline; YanDe Store; SnowFlood; Giftoday; ORIENTAL CHERRY HOME; FestalMart Direct; Joyehome Direct in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Zhaoxin Zhang to receive electronic filings in this case, and in support thereof states as follows:

1. Zhaoxin Zhang is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of California (Bar Number 357667).

2. Movant, Ziqi Yu, Esquire, of 5794 Bird Rd Unit 554, Miami, FL 33155, 415-519-5274, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that

may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Zhaoxin Zhang has made payment of this Court's $250 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Zhaoxin Zhang, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Zhaoxin Zhang at email address: zhangzhaoxin@tclawfirm.com

WHEREFORE, Ziqi Yu, moves this Court to enter an order granting this motion and permitting Zhaoxin Zhang to appear before this Court on behalf of Defendants VersaCharm; Wantline; YanDe Store; SnowFlood; Giftoday; ORIENTAL CHERRY HOME; FestalMart Direct; Joyehome Direct and directing the Clerk to provide notices of electronic filing to Zhaoxin Zhang.

Date: 09/24/2026 Respectfully submitted,

/s/Ziqi_Yu

Ziqi Yu
Fla Bar ID #1044119
procollider@pm.me
5794 Bird Rd Unit 554
Miami, FL 33155
415-519-5274

Attorney for Defendants
VersaCharm; Wantline; YanDe Store;
SnowFlood; Giftoday;
ORIENTAL CHERRY HOME;
FestalMart Direct; Joyehome Direct