**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 26-CV-26215**

**Doe Corp**

**Plaintiff,**

**v.**

**The Individuals, Partnerships,**
**and Unincorporated Associations**
**Identified on Schedule "A" Hereto**

**Defendants.**

____________________________________________/

**CERTIFICATION OF Zhaoxin Zhang**

Zhaoxin Zhang, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of Bar of California (Attorney Registration Number 357667) and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

/s/ Zhaoxin Zhang
Zhaoxin Zhang, Esq.
T&C Lawfirm
34F Kangtai Innovation Tower,
Nanshan District, Shenzhen,
Guangdong Province, China
Tel: +86-15652520869
Email: zhangzhaoxin@tclawfirm.com