**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-CV-26215**

**Doe Corp**

**Plaintiff,**

**v.**

**The Individuals, Partnerships,**

**and Unincorporated Associations**

**Identified on Schedule "A" Hereto**

**Defendants.**

______________________________________________________/

**[Proposed] ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Zhaoxin Zhang, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Zhaoxin Zhang may appear and participate in this action on behalf of Defendants VersaCharm; Wantline; YanDe Store; SnowFlood; Giftoday; ORIENTAL CHERRY HOME; FestalMart Direct; Joyehome Direct.

The Clerk shall provide notification of all electronic filings to Zhaoxin Zhang, at zhangzhaoxin@tclawfirm.com

DONE AND ORDERED in Chambers at Miami, Florida, this ______________ day of ________________________________________________________.

________________________________

United States District Judge

Copies furnished to: All Counsel of Record