# EXHIBIT A

Case No. 1:26-cv-26215-BB

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-26215-BB**

DOE CORP.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
_______________________________________/

**DECLARATION OF NITIN KAUSHIK AUTHENTICATING PUBLICLY AVAILABLE VIDEOS AND WEB PAGES**

I, Nitin Kaushik, declare as follows:

1. I am a member of the Bar of the State of New York and am admitted *pro hac vice* in this action as counsel for the Represented Defendants. [ECF No. 19.] I am over eighteen years of age and have personal knowledge of the facts below, which concern only the public availability and content of the web pages identified.

2. On September 24, 2026, using the Google Chrome web browser on a computer located in Monroe Township, New Jersey, I visited each web page identified below and captured the page as it appeared on my screen. On each YouTube page the posting date and the description were displayed beneath the video, and the frame of the video displayed in the player at the time of capture appears in the capture. I did not alter any capture. The exhibits referenced below are true and correct copies of what I captured.

3. Exhibit 1 is a capture of https://www.youtube.com/watch?v=XKk8mtVyca0, titled "Tomato Cage Ghost," posted by the channel "Craftie," which displays a posting date of October 16, 2016.

4. Exhibit 2 is a capture of https://www.youtube.com/watch?v=wRvvo7h2d7Q, titled "How to Make Floating Ghosts / DIY Ghost Decoration Tutorial / Easy & Cheap Homemade

Halloween Decor," posted by the channel "Creatively Erica," which displays a posting date of September 16, 2021.

5. Exhibit 3 is a capture of https://www.youtube.com/watch?v=eT5mIvFQGJM, titled "Crafting with the Katies: Making Tomato Cage Ghost Decorations," posted by the channel "9&10 News," which displays a posting date of October 4, 2022.

6. Exhibit 4 is a capture of https://www.youtube.com/watch?v=EM4BEsUkX5A, titled "diy standing ghost |diy ghost decor |diy Halloween decor| budget Halloween decor," posted by the channel "octavia brown crafts and diys," which displays a posting date of August 10, 2023.

7. Exhibit 5 is a capture of https://www.youtube.com/watch?v=9JItPIKIDE8, titled "DIY Illuminated Ghosts for Halloween Porch Decor," posted by the channel "Time on Our Hands," which displays a posting date of September 3, 2023 and is marked "Unlisted,".

8. Exhibit 6 is a capture of https://www.youtube.com/watch?v=Xe4Q4hjTdbk, titled "How to Make Halloween DIY Ghost Lights For Your Porch or Patio! - Thrift Diving," posted by the channel "Thrift Diving (Serena Appiah)," which displays a posting date of September 21, 2023.

9. Each video in Exhibits 1 through 6 was publicly viewable without a login on the date of my capture, and each displayed the view count shown in the corresponding exhibit.

10. Exhibit 7 is a capture of the Pottery Barn product page https://www.potterybarn.com/products/lit-ghosts/, titled "Lit Ghost Collection," which offers a "Small & Medium Lit Ghost Set - 19″H & 33″H" and a "Large Lit Ghost - 4′H."

11. Exhibit 8 is a capture of the Grandin Road product page for "Staked Ghosts with Lights, Set of Three," item no. 161352, at https://www.grandinroad.com/staked-ghosts-with-lights-2c-set-of-three/1187574, as displayed on that date.

12. Exhibit 9 is a capture of the customer reviews for the JOYIN hanging light-up ghost decorations sold on Amazon.com under ASIN B097Z2V5KN, at https://www.amazon.com/portal/customer-reviews/B097Z2V5KN, showing reviews dated as early as October 18, 2021.

13. Exhibit 10 contains captures of the public Amazon.com listing for ASIN B0C9LNV2J1, showing four customer reviews marked "Verified Purchase" and dated August 19, 20 (two reviews), and 22, 2023, and the customer photographs posted with the three reviews of August 20 and 22, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 24, 2026, at Monroe Township, New Jersey.

/s/ Nitin Kaushik

Nitin Kaushik