# EXHIBIT 1

Case No. 1:26-cv-26215-BB

Premium

Search or ask a question





**Tomato Cage Ghost**

Craftie
34.7K subscribers
Subscribe

Like | Share | Ask | Save | ...

59,639 views Oct 16, 2016
UPDATE: NOW WITH FREE PRINTABLE GHOST FACE IMAGE!
GET THE FREE PRINTABLE OVER ON MY BLOG POST:
https://www.craftiekaleidoscope.com/2...
..........................................................................................
Make your own glowing Halloween ghost decoration for your front porch with a tomato cage and Christmas lights. Easy and so fun!
..........................................................................................

# EXHIBIT 2

Case No. 1:26-cv-26215-BB

Premium

watch?v=wRwyo7h2d7Q



How to Make Floating Ghosts / DIY Ghost Decoration Tutorial / Easy & Cheap Homemade Halloween Decor

Creatively Erica
76.5K subscribers
Subscribe

988 Share Ask Save

63,839 views Sep 16, 2021
In today's crafting tutorial, I will be showing you guys how to make your own spooky (yet cute) floating ghost! Whether you want to hang these ghosts from the ceiling, be a centerpiece standing on a table, or even make a garland out of them- these ghosts are so EASY (and quick) to make!!

Thank you so much for supporting my channel!! Whether you just watched my video, subscribed to my channel, made a purchase on my website, or even used an affiliate link - I wouldn't be able to follow this passion of mine without all of your support! Love you all!
If you wanna show some more love and support, check out the links below:
Shop my products (WEBSITE) - https://www.paintedgypsydesign.com/

# EXHIBIT 3

Case No. 1:26-cv-26215-BB

Premium




**Crafting with the Katies: Making Tomato Cage Ghost Decorations**

9&10 News
12.8K subscribers
Subscribe

53 Share Ask Save

21,624 views Oct 4, 2022
It's the first week of October, so that means 'spooky season' is officially upon us!

This week for Crafting with the Katies, we're making a spooky ghost made out of a tomato cage. This DIY went viral on TikTok!
https://www.9and10news.com/2022/10/04...

9&10 News features crafting enthusiasts who demonstrate how to transform affordable supplies like tomato cages and fabric into festive seasonal decor. This segment offers practical tips for customizing these projects for indoor or outdoor use, providing a simple and Summary

# EXHIBIT 4

Case No. 1:26-cv-26215-BB

Premium



diy standing ghost |diy ghost decor |diy Halloween decor| budget Halloween decor

octavia brown crafts and diys
3.01K subscribers
Subscribe

Like Share Ask Save

23,283 views Aug 10, 2023
*No description has been added to this video.*

**Ask**

Get answers, explore topics, and more

# EXHIBIT 5

Case No. 1:26-cv-26215-BB

Premium



**DIY Illuminated Ghosts for Halloween Porch Decor**

Unlisted

Time on Our Hands
1.99K subscribers
Subscribe

16 Share Save Download

2,330 views Sep 3, 2023 BOWDOINHAM
Don't spend $100 at Pottery Barn on "lit ghosts!" Make your own in about 20 minutes and $30 in materials.

You'll need
• A wire tomato cage

# EXHIBIT 6

Case No. 1:26-cv-26215-BB

Premium watch?v=Xe4Q4hjTdbk




How to Make Halloween DIY Ghost Lights For Your Porch or Patio! - Thrift Diving

Thrift Diving (Serena Appiah)
447K subscribers
Subscribe

495 Share Ask Save

31,599 views Sep 21, 2023
Learn how to make these easy DIY ghost lights for your porch or deck for Halloween! For a full list of materials and instructions, visit the blog post:

https://thriftdiving.com/how-to-make-...

***************

# EXHIBIT 7

Case No. 1:26-cv-26215-BB

potterybarn.com/products/lit-ghosts/?clickid=2rOSFNTGZxyZTMWQAuyJU...cm_pla=ir&irpid=10078

Claude | Claude | Claude | Patent Term Calcula... | TMNG | IDML | U.S. Filing Basis: Clai... | MPEP | Searchable... | MyCase | Login | Faxes - Inbox - Fax.P... | Folder - Google Drive | Trademark Status &... | Index of all Tradema... | All Bookmarks

Pottery Barn Business to Business | Baby | Kids | Teen | Dorm | Williams Sonoma | Williams Sonoma Home | West Elm | Rejuvenation | Mark & Graham | GreenRow | Dormify

Zero interest promo financing on purchases of $750 or more². Offer Terms | My Store & Events ›

Search

# POTTERY BARN

Account | Track Order | Recents | Favorites | Cart (0)

Room Inspiration | Collaborations | Free Design Services | Wedding Registry | Contract Grade | Halloween | Thanksgiving | Christmas

New | Furniture | Outdoor | Bedding | Bath | Lighting | Rugs | Windows | Pillows & Decor | Art & Mirrors | Tabletop & Bar | Storage | Holidays | Gifts | Sale

Free Shipping* Shop 1000s of Items › | Up to 60% off Shop All Sale › | Arrives in 1-4 Weeks Shop In-Stock Furniture › | 1400+ New Arrivals Shop Now ›

< Pillows & Decor < Lit Decor





Bestseller

## Lit Ghost Collection

Sale

$33.99 - $149 ~~$49.50 - $149~~ Up to 31% Off

Clear All



**Small & Medium Lit Ghost Set - 19"H & 33"H**

$99

− 0 +

SKU: 3090999



**Large Lit Ghost - 4'H**

$99

− 0 +

SKU: 393912

# EXHIBIT 8

Case No. 1:26-cv-26215-BB

Location blocked grandinroad.com/staked-ghosts-with-lights-2c-set-of-three/1187574

Claude Claude Claude Patent Term Calcula... TMNG | IDML U.S. Filing Basis: Clai... MPEP | Searchable... MyCase | Login Faxes - Inbox - Fax.P... Folder - Google Drive Trademark Status &... Index of all Tradema... All Boo











# Staked Ghosts With Lights, Set Of Three

Item: #161352

HALLOWEEN SAVINGS

Review Summary

4.4 (143) Write a review

$83.40 ~~$139.00~~ 40% Off

This item is Excluded From Some Promotions

− 1 +

TOTAL: $83.40

Add To Cart

ADD TO WISH LIST

PayPal Pay in 4 interest-free payments of $20.85. Learn more

Live Chat: Agent Now Available

Book Free Design Appointment

This site uses cookie and other tracking technology for understanding and personalization. For information, please see our Privacy Policy.

# EXHIBIT 9

Case No. 1:26-cv-26215-BB

Helpful | Report

Jaykayu

★★★★★ **Perfect!**

Reviewed in the United States on November 6, 2021

Verified Purchase

I bought these so that my four year old grandson and I could decorate my balcony. They were just the right size and not scary.

Helpful | Report

MG .IN CT.

★★★★★ **JOYIN 3 PACK**

Reviewed in the United States on October 26, 2021

Got to see these super cute GHOSTS during my zoom call with grandkids . I was treated to a puppet show that included ghosts . Easy to play with , that is what the children decided to do with them. They are a good size and the witch's hat makes them very easy to handle them and go any where.

Helpful | Report

z1Roni

★★★★★ **these are just the Cutest**

Reviewed in the United States on October 23, 2021

Verified Purchase

I got these quickly...and put them up right away. So happy I chose these for Halloween. Arms move and the Hands too. Just be gentle and Pose them, hang them up and done. So Cute. Also another Seller had some similar hanging witch ghosts with some issues of the hats falling apart...NOT THESE at ALL. These are GREAT.

2 people found this helpful

Helpful | Report

Roy I

★★★★★ **Just as expected**

Reviewed in the United States on October 18, 2021

Verified Purchase

Size is perfect, and my son loves them! Great addition to our spooky October home! 😆

Helpful | Report

# EXHIBIT 10

Case No. 1:26-cv-26215-BB

christy29

**I'm not sure how it will do outside.**
Reviewed in the United States on October 4, 2023
Verified Purchase
The fabric doesn't seem to be waterproof or even resistant, if it rains it may get ruined. It's also very lightweight and there is no way to secure it. If high winds come the thing will be down the road. Also the battery compartment doesn't seem to be weather proof.

Helpful | Report

Veronica Brown

**Love these two!!**
Reviewed in the United States on August 19, 2023
Verified Purchase
These two are absolutely spootacular! Easy to put together and easy to take apart. They fit easily back in the box. Can hardly wait to start decorating. Glad I purchased them early. I will not be surprised if they become unavailable very soon. Very reasonably priced - might purchase another set!

3 people found this helpful

Helpful | Report

Megan Daniels

**Love Them!!!**
Reviewed in the United States on August 20, 2023
Verified Purchase
I have seen these on other people's porches and have always wanted some. They are so cute and easy to put together. I haven't put the eyes on yet. I am going to wait till we are ready to use them. I couldn't wait to see what they looked like. I love them!!!



3 people found this helpful

Helpful | Report

Amy T.

**Great size!**
Reviewed in the United States on August 20, 2023
Verified Purchase
I haven't added the faces yet because I just wanted to see how easy they are to assemble, will add when I put them up for Halloween . I love the size, I think they will be great

amazon.com/portal/customer-reviews/B0C9LNV2J1/ref=cm_cr_getr_d_show_all?_encoding=UTF8&ie=UTF8&reviewerType=all_reviews
Claude Claude Claude Patent Term Calcula... TMNG | TDML U.S. Filing Basis: Cla... MPEP | Searchable... MyCase | Login Faxes - Inbox - Fax.P... Folder - Google Drive Trademark Status &... Index of all Tradema...

Helpful | Report

Amy T.

**Great size!**

Reviewed in the United States on August 20, 2023

**Verified Purchase**

I haven't added the faces yet because I just wanted to see how easy they are to assemble, will add when I put them up for Halloween . I love the size, I think they will be great indoors or outdoors, they will definitely need securing for outdoor use as they are lightweight.



3 people found this helpful

Helpful | Report

Chelsea

**Easy Assembly**

Reviewed in the United States on August 22, 2023

**Verified Purchase**

These were surprisingly good quality! Easy to assemble! Super cute! I'm glad we got these early, just in case they sell out. These are a fraction of the price of the ones in store!

We are going to add some sandbags at the base so they don't blow away, but so cute!



9 people found this helpful

Helpful | Report

Sam

**Excellent price and quality**

Reviewed in the United States on September 2, 2023

**Verified Purchase**



I was pleasantly surprised with the quality of this set for the price. I made these last year out of home supplies. This kit took ten minutes to assemble and comes with everything shown! Easier than my home made version. So glad I