**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-26215-BB**

DOE CORP.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
_________________________________________/

**REPRESENTED DEFENDANTS' NOTICE OF FILING PROPOSED ORDER ON THEIR EXPEDITED MOTION TO DISSOLVE THE TEMPORARY INJUNCTION [DE 30]**

Defendants identified on Schedule "A" as Nos. 3, 4, 7, 8, 9, 11, 12, 15, 19, 25, 31, 32, 35, 37, 38, 39, 44, 46, 47, and 48 (the "Represented Defendants"), through undersigned counsel, hereby provide notice of filing the proposed order, as required by the Court's procedures, a copy of which in Word format was also emailed to bloom@flsd.uscourts.gov By oversight, the proposed order was inadvertently omitted from being included as an attachment to the motion.

/s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
Klema Law, P.L.
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292

Nitin Kaushik, Esq. (admitted *pro hac vice*)

N.Y. Bar Reg. No. 4625497
nkaushik@kaushiklex.com
Kaushik & Associates, PLLC
1600 Perrineville Road, Suite 2-400
Monroe Township, NJ 08831
Telephone: 908-560-7265

*Counsel for the Represented Defendants*