**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-26215-BB**

DOE CORP.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
_________________________________________/

**ORDER ON REPRESENTED DEFENDANTS' MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER**

THIS CAUSE is before the Court on Defendants' Expedited Motion to Dissolve the Temporary Restraining Order, Opposition to Entry of Preliminary Injunction, and Alternative Motion to Increase Bond and Expedite Preliminary Injunction Hearing filed by defendants identified on Schedule "A" as Nos. 3, 4, 7, 8, 9, 11, 12, 15, 19, 25, 31, 32, 35, 37, 38, 39, 44, 46, 47, and 48 (the "Represented Defendants"). The Court has considered the Motion, the record, and the applicable law, and is otherwise fully advised.

Accordingly, it is ORDERED AND ADJUDGED that the Motion is GRANTED. The Temporary Restraining Order is DISSOLVED as to the Represented Defendants. Within twenty four hours of this Order, Plaintiff shall provide a copy of this Order to Amazon.com, Inc., Whaleco Inc. d/b/a Temu, and any other third party that received notice of the Temporary Restraining Order, and those third parties shall release all listings, accounts, and funds of the Represented Defendants restrained under it.

DONE AND ORDERED in Chambers at Miami, Florida, on ____________, 2026.

BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record