# EXHIBIT 1

## No. 16 VersaCharm B0F5HBF6J4

| Accused Product | US D1,126,458 S | Prior Art ASIN B0C9LNV2J1 | Prior Art ASIN B0D8HVR1GD | Prior Art ASIN B0CHFRX4RS |
|---|---|---|---|---|
|    |   FIG. 2 |   |   |  |

## No. 18 Wantline B0F7R39ZZY

| Accused Product | US D1,126,458 S | Prior Art ASIN B0C9LNV2J1 | Prior Art ASIN B0D8HVR1GD | Prior Art ASIN B0CHFRX4RS |
|---|---|---|---|---|
|    | U.S. Patent May 12, 2026 Sheet 2 of 7 US D1,126,458 S  FIG. 2 |   |   |  |

## No. 1 YanDe Store B0H367YLMW

| Accused Product | US D1,126,458 S | Prior Art ASIN B0C9LNV2J1 | Prior Art ASIN B0D8HVR1GD | Prior Art ASIN B0CHFRX4RS |
| --- | --- | --- | --- | --- |
| <br><br> | U.S. Patent May 12, 2026 Sheet 2 of 7 US D1,126,458 S<br><br>FIG. 2 | <br> | <br> |  |

## No. 1 YanDe Store B0H2D6LQ12

| Accused Product | US D1,126,458 S | Prior Art ASIN B0C9LNV2J1 | Prior Art ASIN B0D8HVR1GD | Prior Art ASIN B0CHFRX4RS |
|---|---|---|---|---|
| <br><br> | U.S. Patent May 12, 2026 Sheet 2 of 7 US D1,126,458 S<br><br>FIG. 2 | <br> | <br> |  |

# No. 30 SnowFlood B0H7R5CHLN

| Accused Product | US D1,126,458 S | Prior Art ASIN B0C9LNV2J1 | Prior Art ASIN B0D8HVR1GD | Prior Art ASIN B0CHFRX4RS |
|---|---|---|---|---|
| <br> | U.S. Patent May 12, 2026 Sheet 2 of 7 US D1,126,458 S<br><br>FIG. 2 | <br> | <br> |  |

## No. 36 Giftoday B0H9H192DZ

| Accused Product | US D1,126,458 S | Prior Art ASIN B0C9LNV2J1 | Prior Art ASIN B0D8HVR1GD | Prior Art ASIN B0CHFRX4RS |
|---|---|---|---|---|
|   | U.S. Patent May 12, 2026 Sheet 2 of 7 US D1,126,458 S  FIG. 2 |   |   |  |

## No. 14 ORIENTAL CHERRY HOME B0GX82FP54

| Accused Product | US D1,126,458 S | Prior Art ASIN B0C9LNV2J1 | Prior Art ASIN B0D8HVR1GD | Prior Art ASIN B0CHFRX4RS |
|---|---|---|---|---|
|  | U.S. Patent May 12, 2026 Sheet 2 of 7 US D1,126,458 S<br><br>FIG. 2 | <br> | <br> |  |

## No. 20 FestalMart Direct B0F61SWBGK

| Accused Product | US D1,126,458 S | Prior Art ASIN B0C9LNV2J1 | Prior Art ASIN B0D8HVR1GD | Prior Art ASIN B0CHFRX4RS |
|---|---|---|---|---|
| <br> | U.S. Patent May 12, 2026 Sheet 2 of 7 US D1,126,458 S<br><br>FIG. 2 | <br> | <br> |  |

# No. 20 FestalMart Direct B0D2SKW94F

| Accused Product | US D1,126,458 S | Prior Art ASIN B0C9LNV2J1 | Prior Art ASIN B0D8HVR1GD | Prior Art ASIN B0CHFRX4RS |
|---|---|---|---|---|
| <br> | U.S. Patent May 12, 2026 Sheet 2 of 7 US D1,126,458 S<br><br>FIG. 2 | <br> | <br> |  |

## No. 20 FestalMart Direct B0F6SPBFS1

| Accused Product | US D1,126,458 S | Prior Art ASIN B0C9LNV2J1 | Prior Art ASIN B0D8HVR1GD | Prior Art ASIN B0CHFRX4RS |
|---|---|---|---|---|
|    | U.S. Patent May 12, 2026 Sheet 2 of 7 US D1,126,458 S  FIG. 2 |   |   |  |

## No. 20 FestalMart Direct B0GZDVZLPW

| Accused Product | US D1,126,458 S | Prior Art ASIN B0C9LNV2J1 | Prior Art ASIN B0D8HVR1GD | Prior Art ASIN B0CHFRX4RS |
|---|---|---|---|---|
| <br> | U.S. Patent May 12, 2026 Sheet 2 of 7 US D1,126,458 S<br><br>FIG. 2 | <br> | <br> |  |

## No. 5 Joyehome Direct B0GZNM19BD

| Accused Product | US D1,126,458 S | Prior Art ASIN B0C9LNV2J1 | Prior Art ASIN B0D8HVR1GD | Prior Art ASIN B0CHFRX4RS |
|---|---|---|---|---|
| <br><br><br>Click to see full view | U.S. Patent May 12, 2026 Sheet 2 of 7 US D1,126,458 S<br><br>FIG. 2 | <br> | <br> |  |

## No. 5 Joyehome Direct B0GZNKMRVT

| Accused Product | US D1,126,458 S | Prior Art ASIN B0C9LNV2J1 | Prior Art ASIN B0D8HVR1GD | Prior Art ASIN B0CHFRX4RS |
| --- | --- | --- | --- | --- |
|   Click to see full view | U.S. Patent May 12, 2026 Sheet 2 of 7 US D1,126,458 S  FIG. 2 |   |   |  |