**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 1:26-cv-26215-BB**

DOE CORP.,
Plaintiff,
v.
THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"
Defendants.
_______________________________________/

**DECLARATION OF ZIQI YU**

I, Ziqi Yu, declare, and state as follows:

1. I am a member of the Florida Bar and I appeared as counsel for Defendants YanDe Store (No. 1), Joyehome Direct (No. 5), ORIENTAL CHERRY HOME (No. 14), VersaCharm (No. 16), Wantline (No. 18), FestalMart Direct (No. 20), SnowFlood (No. 30), and Giftoday (No. 36) (collectively, "YZ Defendants") [ECF No. 24].
2. I am over eighteen years of age and have personal knowledge of the facts below, which concern only the public availability and content of the web pages identified.
3. On September 25, 2026 local time (UTC+8), using the Google Chrome web browser on a computer located in Hangzhou, Zhejiang, China, I visited each web page identified below and captured the page as it appeared on my screen. I did not alter any capture. The exhibits referenced below are true and correct copies of what I captured.
4. Exhibit A contains captures of the public Amazon.com listing for ASIN B0D8HVR1GD. The URL is https://www.amazon.com/dp/B0D8HVR1GD.
5. Exhibit B contains captures of the review section of public Amazon.com listing for ASIN B0D8HVR1GD, highlighting a customer review with photograph, marked "Amazon Vine Customer Review of Free Product", and dated August 11, 2024. The URL is

https://www.amazon.com/portal/customer-reviews/B0D8HVR1GD/ref=cm_cr_arp_d_viewopt_mdrvw?_encoding=UTF8&ie=UTF8&reviewerType=all_reviews&sortBy=recent&mediaType=media_reviews_only.

6. Exhibit C contains captures of the public Amazon.com listing for ASIN B0C9LNV2J1. The URL is https://www.amazon.com/dp/B0C9LNV2J1.

7. Exhibit D contains captures of the review section of public Amazon.com listing for ASIN B0C9LNV2J1, highlighting a customer review with photograph and dated August 21, 2023. The URL is https://www.amazon.com/portal/customer-reviews/B0C9LNV2J1/ref=cm_cr_arp_d_viewopt_srt?_encoding=UTF8&ie=UTF8&reviewerType=all_reviews&mediaType=media_reviews_only&sortBy=recent.

8. Exhibit E contains captures of the public Amazon.com listing for ASIN B0CHFRX4RS, including a customer review marked "verified purchase" dated October 21, 2023. The URL is https://www.amazon.com/dp/B0CHFRX4RS.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 25, 2026 at 3:15 PM UTC +8, in Hangzhou, Zhejiang, China.

/s/Ziqi Yu

Ziqi Yu

# EXHIBIT A

amazon prime | Deliver to Miami 33155 | Garden & Outdoor | Search Amazon

All | alexa for shopping | Early Prime Deals | Groceries | Buy Again | Whole Foods | Prime Video | Subscribe & Save | Everyday | Household, Health & Baby Care | Coupons | Browsing History

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath

Get fall flavors delivered

Tools & Home Improvement › Lighting & Ceiling Fans › Outdoor Lighting › Landscape Lighting › Path Lights



Click to see full view



Halloween Decorations, 6 Pack Solar Ghost String Stake Lights 12.8 FT

18.9" High White Cloth Ghost Stakes with 8 Lighting Modes, Waterproof Solar Outdoor Garden Yard Path Lights

Visit the Beteray Store

4.2 ★★★★☆ (105) | Search this page

Amazon's Choice

**700+ bought** in past month

$23.99 Price history

**Thank you for being a Prime member. Get $175 off: Pay $0.00 ~~$23.99~~** upon approval for Prime Visa.

✓prime **Today**

FREE Returns

May be available at a lower price from other sellers, potentially without free Prime shipping.

✓ Eight lighting modes to match your Halloween mood

✓ No cords or battery changes, just sunlight to soil

✓ Assembles in minutes with just three snap-together pieces

Summarized from product information

## About this item

- HALLOWEEN HOLIDAY DECORATION PACKAGE – Package includes white ghost decorations*6, light poles*6, solar panels and brackets*1. These Halloween string lights are easy to install and suitable for installing in gardens, courtyards, pathways as Halloween holiday decorations. The spooky ghost lights will create a strong Halloween themed atmosphere for you to immerse your kids, family and friends in the fun of a Halloween party
- SOLAR POWERED WITH LIGHT SENSOR TECHNOLOGY – Powered by high-

# EXHIBIT B


2 people found this helpful
Helpful
Report
E. Carman
Ghostly Indeed
Reviewed in the United States on August 11, 2024
Amazon Vine Customer Review of Free Product (What's this?)
These are great. It's a bit early to put out the Halloween decoration
in a spooky way, of course. I can't wait to set them up in the yard.
We set them out on the deck to charge and played with the light m
ghost's head is attached so you get some interesting looks. It's not j
I haven't tested how long they stay lit, but it does cut off when exp
Looking forward to enjoying these this Halloween.
5 people found this helpful
Helpful
Report
Anne
Super cute!
Reviewed in the United States on September 24, 2024
Verified Purchase
These are very cute. They cannot be spaced very far apart, but the quality is nice and appreciate the different options for lighting. They've already survived one thunderstorm :)
E. Carman
Ghostly Indeed
Reviewed in the United States on August 11, 2024
These are great. It's a bit early to put out the Halloween decorations (early August) but I'm getting excited about it. We've added these to our decorations and they are adorable - in a spooky way, of course. I can't wait to set them up in the yard.
We set them out on the deck to charge and played with the light modes - there are a variety of flashing and fading options. The LEDs go up and down the spike on which the ghost's head is attached so you get some interesting looks. It's not just a light up head.
I haven't tested how long they stay lit, but it does cut off when exposed to sunlight.
Looking forward to enjoying these this Halloween.
Images in this review

# EXHIBIT C

amazon prime | Deliver to Miami 33155 | Garden & Outdoor | Search Amazon | EN

All | alexa for shopping | Early Prime Deals | Groceries | Buy Again | Whole Foods | Prime Video | Subscribe & Save | Everyday | Household, Health & Baby Care | Coupons | Browsing History | Kindle Books

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath

Get fall flavors delivered

Patio, Lawn & Garden › Outdoor Décor › Outdoor Holiday Decorations › Lighted Holiday Displays



Click to see full view



Ask Alexa

Can it be used indoors? | Does it light up? | Is it weather resistant?

Why you might like this | Compare with similar | Ask something else

## 2 Pack Lighted Halloween Ghosts, Spooky Outdoor Lawn Porch Decor

Visit the DAZONGE Store

3.5 (157) | Search this page

$25.99

Thank you for being a Prime member. Get $175 off: Pay $0.00 ~~$25.99~~ upon approval for Prime Visa.

- Dual light sources create spooky ambient glow
- Compact 10-inch width fits tight entryways
- Choose white or multicolor lights for your vibe

Summarized from product information

### About this item

- Spooky Glowing Effect: Premium layered white fabric paired with bright warm white LED string lights creates an eye-catching phantom glow for nighttime displays.
- Adjustable Height: Ghost stand allows you to easily adjust the ghost height between 3 ft and 5 ft to fit any space.
- Windproof Stability: Comes with rugged ground stakes to keep the ghosts standing securely against outdoor breezes.
- Easy Setup in Minutes: No tools needed. Just put the pole in the base, wrap the lights, put on the white cloth, and push the stakes into the grass.
- Versatile Halloween Accent: Perfect for front lawns, pathways, porches, garden beds, and indoor Halloween party setups to welcome trick-or-treaters.

› See more product details

Report an issue with this product or seller

### Similar item with fast delivery

Amazon's Choice

$25.99

$16.50 deli

October 5.

Deliver t

In Stock

Quantity:

Shipper / Se

Returns

Payment

See more

Add to A

Add to Li

# EXHIBIT D


Chelsea

**Easy Assembly**

Reviewed in the United States on August 22, 2023

Verified Purchase

These were surprisingly good quality! Easy to assemble! Super cute! I'm glad we got these early, just in case they sell out. These are a fraction of the price of the ones in store!

We are going to add some sandbags at the base so they don't blow away, but so cute!

9 people found this helpful

Helpful | Report

pototag680

**Really Neat**

Reviewed in the United States on August 21, 2023

Verified Purchase

Placed the felt eyes on the ball inside and they showed up great in

6 people found this helpful

Helpful | Report

Amy T.

**Great size!**

Reviewed in the United States on August 20, 2023

Verified Purchase

I haven't added the faces yet because I just wanted to see how easy

indoors or outdoors, they will definitely need securing for outdoor

3 people found this helpful

Helpful | Report

pototag680

**Really Neat**

Reviewed in the United States on August 21, 2023

Placed the felt eyes on the ball inside and they showed up great in the dark ! Now I can wash the sheet anytime . These should last years !

Images in this review

# EXHIBIT E

amazon prime | Deliver to Miami 33155 | Garden & Outdoor | Search Amazon | EN

All | alexa for shopping | Early Prime Deals | Groceries | Buy Again | Whole Foods | Prime Video | Subscribe & Save | Everyday | Household, Health & Baby Care | Coupons | Browsing History | Kindle Books

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath

## Consider these available items

Halloween Decorations Outdoor Indoor, 2 Pack Spooky Ghost with Cute Decor, Scary Ghost Decorations with LED String Lights, Terrifying Ha...
3.9 157
$17.99
prime

VZQI Halloween Ghost Decorations with LED Lights 2-Pack Indoor Outdoor Spooky Witch Hat Decor for Front Porch Yard Garden
3.7 53
$39.99

JOYIN 2 Packs 47" Hallow Standing Ghost, Light Up Hat & Remote Control, Gl
3.7 180
$27.99
prime

Patio, Lawn & Garden › Outdoor Décor › Outdoor Holiday Decorations › Lighted Holiday Displays



Click to see full view

# Generic 2 Pack Light up Halloween Decorations, Spooky Ghost Halloween Decor with Light, 49" White Ghosts, Holiday Party Home Haunted House Yard Art, Indoor Outdoor Ornament

Brand: Generic
2.1 (13) | Search this page

Currently unavailable.
We don't know when or if this item will be back in stock.

- Instant spooky ambiance with built-in LED lighting
- Two 49-inch ghosts cover more yard space
- Works indoors or outdoors for flexible decorating

Summarized from product information

Report an issue with this product or seller

Curre
We don't
item w
De
Add to A
Add to L

amazon prime | Deliver to Miami 33155 | Garden & Outdoor | Search Amazon | EN

Top | Similar | Product information | From the Brand | Questions | Reviews

Gener
Hallov

## Customer reviews

2.1 out of 5

13 global ratings

| | | |
|---|---|---|
| 5 star | | 22% |
| 4 star | | 0% |
| 3 star | | 11% |
| 2 star | | 0% |
| 1 star | | 67% |

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

## Top reviews from the United States

Candice
**Terrible**
Reviewed in the United States on October 31, 2023
Verified Purchase
It was too flimsy and didn't stand up. It kept falling down. No instructions . Piece of junk!
Helpful | Report

PrimeReader
**Falls over constantly**
Reviewed in the United States on October 22, 2023
Verified Purchase
The base is too small amd they constantly fall over leaving the ghost curtain to blow away.
Helpful | Report

Mbodkin
**Junk!**
Reviewed in the United States on October 21, 2023
Verified Purchase
This is hands down worse item I have ever purchased. Pure junk! Do not purchase this!!!
Helpful | Report

See more reviews