**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-26215-BB**

DOE CORP.,
Plaintiff,
v.
THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE “A,”
Defendants.
________________________________________/

# Order Granting YZ Defendants Expedited Motion to Dissolve Temporary Restraining Order

THIS CAUSE is before the Court on the expedited motion of Defendants YanDe Store (No. 1), Joyehome Direct (No. 5), ORIENTAL CHERRY HOME (No. 14), VersaCharm (No. 16), Wantline (No. 18), FestalMart Direct (No. 20), SnowFlood (No. 30), and Giftoday (No. 36) (collectively, “YZ Defendants”) to dissolve the temporary restraining order (“TRO”) as to them and in opposition to preliminary injunctive relief. The Court has considered the motion, the record, any response and argument, and applicable law. It is ORDERED AND ADJUDGED:

1. The motion is GRANTED. The TRO is DISSOLVED solely as to the eight YZ Defendants identified above, effective immediately. No preliminary injunction shall issue against those Defendants on the present application and record. This order makes no final determination concerning infringement, validity, jurisdiction, service, or damages.

2. All restrictions imposed by the TRO in this action on those Defendants’ identified product listings and on their funds or accounts are lifted. Within twenty-four hours after entry of this Order, Plaintiff shall transmit a copy to Amazon and each other marketplace, payment processor, bank, or service provider to which it sent the TRO or instructions implementing it concerning a YZ Defendant. Plaintiff shall instruct each recipient promptly to release restraints attributable to this case as to those Defendants and shall copy YZ Defendants’ counsel on the communications.

3. Plaintiff shall file a notice of compliance identifying the persons or entities notified and the time and manner of notification within forty-eight hours after entry of this Order. The recipients may rely on this Order as authority to lift restrictions imposed solely by the TRO in this action as to YZ Defendants.

4. Security posted under Rule 65(c) shall remain in place pending further order, without prejudice to a timely request concerning any alleged wrongful restraint or the amount of security.

5. The Clerk shall unseal the sealed filings under ECF No. 9 and restore Plaintiff's true name to the public caption. Plaintiff shall promptly comply with S.D. Fla. L.R. 5.4(e)(3). This paragraph supersedes the inconsistent portions of ECF No. 9.

DONE AND ORDERED in Chambers at Miami, Florida, on ___________________, 2026.

_______________________________________

BETH BLOOM

UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of record