**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-26215-BLOOM/Elfenbein**

DOE CORP.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
_______________________________________/

**ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS WITH PREJUDICE AND RELEASE OF ASSET RESTRAINT**

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal with Prejudice as to Defendant Nos. 4, 15, and 19, ECF No. [26] ("Notice"). Also before the Court is Plaintiff's Unopposed Motion to Dissolve Asset Restraint and Release Restrained Funds as to Defendant Nos. 4, 15, and 19, ECF No. [28] ("Motion"). The Court has carefully reviewed the Notice and Motion, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [26]**, is **APPROVED** and **ADOPTED**.
    a. The above-styled case is **DISMISSED WITH PREJUDICE** as to Defendant No. 4, Yiwu Yimai Crafts Co., Ltd. d/b/a YimaiUS; Defendant No. 15, HK Lion Rock Technology Limited d/b/a Lion Rock-US; and Defendant No. 19, Aurora Exem Limited d/b/a HAPPYCLUB-US (the "Settling Defendants").
    b. Each party shall bear its own attorneys' fees and costs.
2. The Motion, **ECF No. [28]**, is **GRANTED**.
    a. The Temporary Restraining Order, ECF No. [20], and any asset restraint

entered in this action are **DISSOLVED** solely as to Settling Defendants.

b. Amazon.com, Inc., and any financial institution or payment processor holding funds restrained solely on account of this action as to the Settling Defendants, are authorized and directed to release such funds to the Settling Defendants.

c. The Temporary Restraining Order, ECF No. [20], and any asset restraint remain in full force and effect as to all nonsettling Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 24, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record