**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:26-cv-26215-BLOOM/Elfenbein

| | |
|---|---|
| **DOE CORP.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"** | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

Plaintiff, through undersigned counsel, hereby certifies that the Partnerships and Unincorporated Associations identified in Schedule A (collectively, "Defendants") have been served via e-mail in accordance with this Court's Order, (Dkt. 20).

I, Cole Carlson, certify and declare that I am over the age of 18 years, residing in Tampa, FL, and I am an attorney for Plaintiff in this action. On September 25, 2026, I emailed copies of the Complaint, Schedule A, Summons, Motion for Temporary Restraining Order (TRO), the issued TRO, and all related documents on all Defendants listed on Schedule A and all counsel who has made an appearance based on e-mail addresses provided by the third-party online marketplace platform, Amazon, in response to the TRO.

Dated: September 25, 2026

Respectfully submitted,

/s/ Cole Carlson
Cole Carlson, Esq.
Florida Bar No. 112863
cole@carlsoniplaw.com
412 E. Madison Street, Suite 821
Tampa, FL 33602
Telephone: (813) 445-5175

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth above, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and will also be served on unrepresented Defendants via e-mail.

/s/ Cole Carlson
Cole Carlson