**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| DOE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | ) | Case No. 1:26-cv-26215-BLOOM/Elfenbein |

# NOTICE OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that Marcelo Diaz-Cortes, Esq. of the law firm of Levine Kellogg Lehman Schneider + Grossman LLP, 100 SE 2nd Street, 36th Floor, Miami Tower, Miami, FL 33131, md@lklsg.com, appears as counsel on behalf of Defendants, AYGXU-US, DAZONGE, and Moredots, in the above-referenced case.

Please serve copies of all subsequent orders, pleadings, motions, correspondence, and other papers to undersigned counsel.

Dated: September 25, 2026

Respectfully submitted,

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789
By: /s/ *Marcelo Diaz-Cortes*
MARCELO DIAZ-CORTES

Florida Bar No. 118166
Primary email: md@lklsg.com
Secondary email: tms@lklsg.com
*Attorneys for Defendants*
*AYGXU-US, DAZONGE, and Moredots*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 25, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *_/s/ Marcelo Diaz-Cortes__*
Marcelo Diaz-Cortes