**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| DOE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | ) | Case No. 1:26-cv-26215-BLOOM/Elfenbein |

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Anthony J. Biller, Esq., of the law firm of ENVISAGE LAW, P.O. Box 30099, Raleigh, NC 27622, Telephone: (919) 268-8998, for purposes of appearance as co-counsel on behalf of Defendants, AYGXU-US, DAZONGE, and Moredots, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Anthony J. Biller, Esq. to receive electronic filings in this case, and in support thereof states as follows:

1. Anthony J. Biller, Esq., is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of North Carolina and the U.S. District Courts for the Middle, Eastern, and Western Districts of North Carolina.

2. Movant, Marcelo Diaz-Cortes, of the law firm of LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP, Miami Tower, 100 SE 2nd Street, 36th Floor, Miami, Florida 33131, Telephone: 305.403.8788, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the

Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Anthony J. Biller, Esq. will pay this Court's $250.00 admission fee at the time of filing or shortly thereafter. A certification in accordance with Rule 4(b) is attached hereto.

4. Anthony J. Biller, Esq., by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Anthony J. Biller, Esq. at email address: ajbiller@envisage.law.

WHEREFORE, Marcelo Diaz-Cortes, moves this Court to enter an Order allowing Anthony J. Biller, Esq., to appear before this Court on behalf of Defendants, AYGXU-US, DAZONGE, and Moredots, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Anthony J. Biller, Esq. at email address: ajbiller@envisage.law.

Date: September 25, 2026

Respectfully submitted,

**LEVINE KELLOGG LEHMAN**
**SCHNEIDER + GROSSMAN LLP**
Miami Tower, 100 SE 2nd Street, 36th Floor
Miami, Florida 33131
Telephone: 305.403.8788
Facsimile: 305.403.8789
By: */s/ Marcelo Diaz-Cortes*
Marcelo Diaz-Cortes, Esq.
Primary: md@lklsg.com
Secondary: tms@lklsg.com
Florida Bar No.: 118166
*Attorneys for Defendants*
*AYGXU-US, DAZONGE, and Moredots*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 25, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Marcelo Diaz-Cortes*
Marcelo Diaz-Cortes