**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| DOE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 1:26-cv-26215-BLOOM/Elfenbein |

**CERTIFICATION OF ANTHONY J. BILLER, ESQ.**

Anthony J. Biller, Esq., pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of North Carolina and the U.S. District Courts for the Middle, Eastern, and Western Districts of North Carolina; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Dated: September 25, 2026

*/s/ Anthony J. Biller*

Anthony J. Biller, Esq.
NC BAR NO. 24117
ENVISAGE LAW
PO Box 30099
Raleigh, NC 27622 7-1850
Telephone: 919.268.8998
E-mail: ajbiller@envisage.law