**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| DOE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | ) | Case No. 1:26-cv-26215-BLOOM/Elfenbein |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

**THIS CAUSE** having come before the Court on the Motion to Appear *Pro Hac Vice* for Anthony J. Biller, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**. Anthony J. Biller, Esq., may appear and participate in this action on behalf of Defendants AYGXU-US, DAZONGE, and Moredots, The Clerk shall provide electronic notification of all electronic filings to Anthony J. Biller, Esq., at ajbiller@envisage.law.

**DONE AND ORDERED** in Chambers at ___________________, Florida, this ______day of ____________________, 2026.

______________________________
United States District Judge

Copies furnished to: All Counsel of Record