**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-26215-BLOOM/Elfenbein**

ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
_______________________________________/

**ORDER GRANTING PLAINTIFF'S MOTION TO UNSEAL THE RECORD, TO TERMINATE PSEUDONYMOUS DESIGNATION, AND TO RESTORE THE CAPTION**

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Unseal the Record, to Terminate Pseudonymous Designation, and to Restore the Caption, ECF No. 38 ("Motion"). The Court has reviewed the Motion, the record, and the applicable law, and is otherwise fully advised. The Court finds that the circumstances that supported sealing under its Order of September 10, 2026, ECF No. [9], no longer exist: the temporary restraining order has taken effect, Plaintiff has posted the required security, and Defendants have been served.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [38]**, is **GRANTED**.
2. The Clerk of Court is **DIRECTED** to unseal **ECF Nos. [1], [4-1], [5], [13], [14], [16], [17], and [20]**, including all attachments and exhibits, and any other entry in this action that is currently sealed or restricted.

3. The pseudonymous designation authorized by ECF No. [9] is **TERMINATED**. The Clerk of Court is **DIRECTED** to replace "Doe Corp." with "Zhongshan Jializhi Technology Co., Ltd." as Plaintiff in the caption and on the docket of this action. All future filings shall bear the corrected caption.

4. The redaction of U.S. Design Patent No. D1,126,458 from the public record is **LIFTED**.

5. Within three (3) days of the date of this Order, Plaintiff shall add each previously sealed Defendant to CM/ECF in accordance with Local Rule 5.4(e)(3).

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 25, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record