**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-26215-BLOOM/Elfenbein**

ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION TO DISSOLVE ASSET RESTRAINT AND RELEASE RESTRAINED FUNDS AS TO DEFENDANT NOS. 2, 6, AND 11**

Plaintiff Zhongshan Jializhi Technology Co., Ltd. ("Plaintiff"), under Federal Rule of Civil Procedure 65 and Paragraph 1(c) of the Court's Omnibus Order [ECF No. 20], moves for an order dissolving the Temporary Restraining Order, including its asset restraint, as to Defendant No. 2, Chimeijia Nanjing Design Co., Ltd. d/b/a AYGXU; Defendant No. 6, shenzhenshiduodianmaoyiyouxiangongsi d/b/a MoreDots US; and Defendant No. 11, Wuhan Dazhongjikeji youxiangongsi d/b/a DAZONGE (collectively, the "Dismissed Defendants"), and directing the release of the Dismissed Defendants' restrained funds. In support, Plaintiff states:

1. On September 17, 2026, the Court entered its Omnibus Order granting Plaintiff's motion for a temporary restraining order [ECF No. 20] (the "Restraining Order"). Plaintiff posted the required security on September 19, 2026 [ECF No. 21], and the Restraining Order took effect under Paragraph 1(f). Paragraph 1(b) directed Amazon to disable the accused listings identified on Schedule "A," and Paragraph 1(c) directed Amazon, its payment processors, and any financial

institution with actual notice to restrain each Defendant's funds up to the profits reasonably attributable to the sale of the accused products.

2. Contemporaneously with this Motion, Plaintiff and the Dismissed Defendants are filing a Joint Stipulation and Motion for Dismissal With Prejudice as to Defendant Nos. 2, 6, and 11 under Federal Rule of Civil Procedure 41(a)(2) (the "Joint Motion").

3. The Restraining Order exists to preserve the status quo and Plaintiff's ability to obtain meaningful final relief on its claims. Once the claims against the Dismissed Defendants are dismissed with prejudice, that purpose no longer applies to them, and there is no basis to keep their listings disabled or their funds restrained.

4. Plaintiff therefore requests that the Court dissolve the Restraining Order in its entirety as to the Dismissed Defendants, including the asset restraint under Paragraph 1(c), and authorize and direct Amazon.com, Inc., Amazon.com Services LLC, and any other marketplace, financial institution, or payment processor holding funds restrained solely on account of this action as to the Dismissed Defendants to release those funds. Plaintiff further requests that Amazon be authorized to restore any storefront or listing of the Dismissed Defendants that was disabled solely on account of the Restraining Order.

5. This Motion is limited to the Dismissed Defendants. It does not seek to modify the Restraining Order as to any other Defendant, and the Restraining Order remains in full force and effect as to every other Defendant according to its terms.

A proposed order is submitted with this Motion.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Undersigned counsel certifies that counsel for Plaintiff conferred with counsel for the Dismissed Defendants regarding the relief requested in this Motion, and the Dismissed Defendants do not oppose it. The relief sought does not affect any other party.

Dated: September 28, 2026

Respectfully submitted,

/s/ Cole Carlson
Cole Carlson
LEAD TRIAL COUNSEL
Florida Bar No. 112863
CARLSON IP LAW, LLC
412 E Madison Street, Suite 821
Tampa, Florida 33602
Tel: (813) 445-5175
cole@carlsoniplaw.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date set forth above, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that I will serve a copy of the foregoing on all Defendants that have not appeared by e-mail, as authorized by Paragraph 2 of the Court's Omnibus Order [ECF No. 20].

/s/ Cole Carlson
Cole Carlson