**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-26215-BLOOM/Elfenbein**

ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISSOLVE ASSET RESTRAINT AND RELEASE RESTRAINED FUNDS AS TO DEFENDANT NOS. 2, 6, AND 11**

THIS CAUSE is before the Court upon Plaintiff's Unopposed Motion to Dissolve Asset Restraint and Release Restrained Funds as to Defendant Nos. 2, 6, and 11, ECF No. [44] ("Motion"). The Motion concerns Defendant No. 2, Chimeijia Nanjing Design Co., Ltd. d/b/a AYGXU; Defendant No. 6, shenzhenshiduodianmaoyiyouxiangongsi d/b/a MoreDots US; and Defendant No. 11, Wuhan Dazhongjikeji youxiangongsi d/b/a DAZONGE (collectively, the "Dismissed Defendants"). The Court has carefully considered the Motion, the record in this case, and the applicable law, and is otherwise fully advised. Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Motion, ECF No. [44], is GRANTED.

2. The Temporary Restraining Order entered in the Court's Omnibus Order, ECF No. [20], is DISSOLVED in its entirety as to the Dismissed Defendants, including the asset restraint under Paragraph 1(c).

3. Amazon.com, Inc., Amazon.com Services LLC, and any other marketplace, financial institution, or payment processor holding funds restrained solely on account of this action as to the Dismissed Defendants are authorized and directed to release those funds to the Dismissed Defendants promptly upon receipt of this Order.

4. Amazon.com, Inc. and Amazon.com Services LLC are authorized to restore any storefront or listing of the Dismissed Defendants that was disabled solely on account of the Temporary Restraining Order.

5. Nothing in this Order modifies the Temporary Restraining Order as to any Defendant other than the Dismissed Defendants. As to every other Defendant, the Temporary Restraining Order remains in full force and effect according to its terms.

DONE AND ORDERED in Chambers at Miami, Florida, on ____________________, 2026.

BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record