**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-26215-BLOOM/Elfenbein**

ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.

---

**ORDER GRANTING JOINT STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT NOS. 2, 6, AND 11**

THIS CAUSE is before the Court upon the Joint Stipulation and Motion for Dismissal With Prejudice as to Defendant Nos. 2, 6, and 11, ECF No. [45] ("Joint Motion"), filed by Plaintiff Zhongshan Jializhi Technology Co., Ltd. ("Plaintiff") and Defendant No. 2, Chimeijia Nanjing Design Co., Ltd. d/b/a AYGXU; Defendant No. 6, shenzhenshiduodianmaoyiyouxiangongsi d/b/a MoreDots US; and Defendant No. 11, Wuhan Dazhongjikeji youxiangongsi d/b/a DAZONGE (collectively, the "Dismissed Defendants," and together with Plaintiff, the "Stipulating Parties"). The Court has carefully considered the Joint Motion, the record in this case, and the applicable law, and is otherwise fully advised. Accordingly, under Federal Rule of Civil Procedure 41(a)(2), it is ORDERED AND ADJUDGED as follows:

1. The Joint Motion, ECF No. [45], is GRANTED.

2. All claims asserted in this action against the Dismissed Defendants are DISMISSED WITH PREJUDICE.

3. Each Stipulating Party shall bear its own attorneys' fees, costs, and expenses.

4. The Stipulating Parties' mutual waiver in Paragraph 3(c) of the Joint Motion is approved and incorporated into this Order. No Stipulating Party shall seek any award of attorneys' fees, costs, expenses, damages, or sanctions against any other Stipulating Party or its counsel arising out of or relating to this action, whether under 35 U.S.C. § 285, 28 U.S.C. § 1927, Federal Rule of Civil Procedure 11, Federal Rule of Civil Procedure 65(c), or the Court's inherent authority, including any claim against the security Plaintiff posted under Rule 65(c), ECF No. [21], arising from the restraint of the Dismissed Defendants.

5. Neither the dismissal nor this Order is an adjudication of, or an admission by any Stipulating Party regarding, the validity, enforceability, or infringement of U.S. Design Patent No. D1,126,458.

6. The Expedited Motion to Dissolve Temporary Restraining Order, Opposition to Entry of Preliminary Injunction, and Alternative Motion to Increase Bond and Expedite Preliminary Injunction Hearing, ECF No. [30], is DENIED AS MOOT solely as to Defendant No. 11. That motion remains pending as to the other movants.

7. This Order applies solely to the Dismissed Defendants. This action remains pending against all other Defendants identified on Schedule "A." The Clerk of Court is directed to terminate Defendant Nos. 2, 6, and 11 as parties to this action.

8. The Court retains jurisdiction to enforce the terms of this Order.

DONE AND ORDERED in Chambers at Miami, Florida, on ____________________, 2026.

BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record