**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-26215-BLOOM/Elfenbein**

ZHONGSHAN JIALIZHI TECHNOLOGY
CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

Defendants.
_______________________________________/

**ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS WITH PREJUDICE AND RELEASE OF ASSET RESTRAINT**

**THIS CAUSE** is before the Court upon the Joint Stipulation and Motion for Dismissal with Prejudice as to Defendant Nos. 2, 6, and 11, ECF No. [45] ("Dismissal Motion"). Also before the Court is Plaintiff's Unopposed Motion to Dissolve Asset Restraint and Release Restrained Funds as to Defendant Nos. 2, 6, and 11, ECF No. [44] ("Release Motion"). The Court has carefully reviewed the Motions, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Dismissal Motion, **ECF No. [45]**, is **GRANTED**.
   a. The above-styled case is **DISMISSED WITH PREJUDICE** as to Defendant No. 2, Chimeijia Nanjing Design Co., Ltd. d/b/a AYGXU; Defendant No. 6, shenzhenshiduodianmaoyiyouxiangongsi d/b/a MoreDots US;\ vand Defendant No. 11, Wuhan Dazhongjikeji youxiangongsi d/b/a DAZONGE (the "Dismissed Defendants" and, together with Plaintiff, the "Stipulating Parties").
   b. Each Stipulating Party shall bear its own attorneys' fees and costs.

c. Each Stipulating Party waives, and shall not seek, any award of attorneys' fees, costs, expenses, damages, or sanctions against any other Stipulating Party or its counsel arising out of or relating to this action, whether under 35 U.S.C. § 285, 28 U.S.C. § 1927, Federal Rule of Civil Procedure 11, Federal Rule of Civil Procedure 65(c), or the Court's inherent authority. This waiver includes any claim against the security Plaintiff posted under Rule 65(c), ECF No. [21], arising from the restraint of the Dismissed Defendants.

d. The dismissal is not an adjudication of, or an admission by any Stipulating Party regarding, the validity, enforceability, or infringement of U.S. Design Patent No. D1,126,458.

e. The dismissal applies solely to the Dismissed Defendants. This action remains pending against all other Defendants identified on Schedule "A."

2. The Release, **ECF No. [44]**, is **GRANTED**.

a. The Temporary Restraining Order, ECF No. [20], and any asset restraint entered in this action are **DISSOLVED** solely as to Dismissed Defendants, including the asset restraint under Paragraph 1(c).

b. Amazon.com, Inc., Amazon.com Services LLC, and any other marketplace, financial institution, or payment processor holding funds restrained solely on account of this action as to the Dismissed Defendants are authorized and directed to release those funds to the Dismissed Defendants promptly upon receipt of this Order.

c. Amazon.com, Inc. and Amazon.com Services LLC are authorized to restore any storefront or listing of the Dismissed Defendants that was disabled solely on account of the Temporary Restraining Order.

d. Nothing in this Order modifies the Temporary Restraining Order as to any Defendant other than the Dismissed Defendants. As to every other Defendant, the Temporary Restraining Order remains in full force and effect according to its terms.

**DONE AND ORDERED** in Chambers at Miami, Florida, on **September 29, 2026**.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record