**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-26215-BB**

DOE CORP.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

Defendants.
_________________________________________/

**NOTICE OF SPECIAL APPEARANCE OF COUNSEL**

Griffin C. Klema of Klema Law, P.L., and Nitin Kaushik of Kaushik & Associates, PLLC, admitted *pro hac vice* [ECF No. 19], give notice of their special limited appearance as counsel for the defendant identified on Schedule "A" as No. 43 (seller alias "TimiPet"), and request that all further notices, pleadings, and papers in this action be served on them.

This notice is not a general appearance. The defendant reserves, and does not waive, any defense or objection, including lack of personal jurisdiction and insufficient process and service of process, or their objection to joinder under 35 U.S.C. § 299.

__/s/ Griffin Klema________
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
Klema Law, P.L.
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292

Nitin Kaushik, Esq. (admitted *pro hac vice*)

N.Y. Bar Reg. No. 4625497
nkaushik@kaushiklex.com
Kaushik & Associates, PLLC
1600 Perrineville Road, Suite 2-400
Monroe Township, NJ 08831
Telephone: 908-560-7265

*Counsel for the Represented Defendants*