UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:26-cv-26215-BLOOM/Elfenbein

DOE CORP.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
_______________________________________/

**SUPPLEMENTAL DECLARATION OF JIANAN CHEN IN SUPPORT OF PLAINTIFF'S RESPONSES TO DEFENDANTS' MOTIONS TO DISSOLVE TEMPORARY RESTRAINING ORDER [ECF Nos. 30, 32]**

I, Jianan Chen, declare as follows:

1. I am the President of Plaintiff and the named inventor of U.S. Design Patent No. D1,126,458 (the "D'458 Patent"). I have personal knowledge of the facts stated below, and I am competent to testify to them. I previously submitted a declaration in this action. [ECF No. **[13-2]**.] This declaration addresses how and when Plaintiff developed and first sold its ghost light, and two Amazon listings that Defendants have cited, ASIN B0C9LNV2J1 and ASIN B0D8HVR1GD.

**Development of the Design**

2. I began sketching the design that became the D'458 Patent at the end of 2023. Before then, Plaintiff had not designed, made, displayed, offered, or sold any product with that design.

3. From the start, Plaintiff planned to sell the product semi-assembled. A fully assembled ghost light makes a large package, and Amazon's fulfillment fees rise with package

size. Plaintiff therefore ships the internal frame disassembled, and packs the white cloth, the eye and mouth pieces, and an optional hat separately. The customer assembles the frame, covers it with the cloth, attaches the eye and mouth pieces, and may add the hat. Because the hat is optional, I did not include it in the design claimed in the D'458 Patent.

4. On March 4, 2024, I recorded the solar ground-stake white ghost product in Plaintiff's development notebook. On April 13 and April 15, 2024, Plaintiff made and photographed its first samples of the product. True and correct copies of the notebook entry and the sample photographs, which bear their capture dates, are attached as Exhibit 1.

**First Sale and First Public Disclosure**

5. On April 30, 2024, Plaintiff received its first order for the product: 600 white-light units and 600 color-light units of the solar ground-stake ghost light. On June 15, 2024, Plaintiff shipped the first 300 units of each. True and correct copies of Plaintiff's order log entry and its delivery note for that shipment are attached as Exhibit 2.

6. The product was first listed for sale to the public on Amazon.com on July 20, 2024, under ASIN B0D7QPT3N1 and the brand name Betrihyes, Shenzhen Caimo Keji Youxian Gongsi], which purchases the product from Plaintiff and resells it. Customers in the United States were buying the product on that listing no later than August 3, 2024, and the seller was advertising it on Amazon from at least August 13, 2024. True and correct copies of the listing, order records from August 3 to August 8, 2024, and the Amazon Advertising invoice for August 13 to August 26, 2024 are attached as Exhibit 3.

7. Before April 30, 2024, Plaintiff did not publicly display, offer for sale, or sell the design anywhere, and neither did anyone else with Plaintiff's authorization. Each event described

in paragraphs 4 through 6 took place within the one year before August 23, 2024, the date Plaintiff filed the application that issued as the D'458 Patent.

**ASIN B0C9LNV2J1**

8. The product sold under ASIN B0C9LNV2J1 is not Plaintiff's product. Plaintiff did not make it, and did not supply it to that listing's seller.

9. I have reviewed the listing images for ASIN B0C9LNV2J1 and its customer review photographs, including those in ECF No. 30-2 at 19-21 and ECF No. 32-2 at 8-10, and a review with photographs dated November 15, 2023. That product is a fabric drape over a frame, with two oval eye pieces and an oval mouth piece attached to the surface of the fabric. That general concept, a draped ghost with oval eyes and mouth, was known in the field before I began my design, and I do not claim to have invented it.

10. The overall appearance of the product on ASIN B0C9LNV2J1 is different from the design shown in the D'458 Patent in its shape and proportions and in its lower hem. The ghost on ASIN B0C9LNV2J1 widens from the head into a broad bell, and its fabric spreads out and pools on the ground. The design shown in the D'458 Patent is tall and slender: its body falls in long, nearly vertical folds from a domed crown, widening only slightly, to a hem that ends in distinct pointed tips hanging free above the ground. A side-by-side comparison is attached as Exhibit 4. In my experience designing and selling seasonal lighting products, customers notice these differences, because the silhouette is what a customer sees first, in a product listing and in a yard at night.

**ASIN B0D8HVR1GD**

11. The earliest dated evidence the YZ Defendants cite for ASIN B0D8HVR1GD is a customer review dated August 11, 2024. [ECF No. 32-2 ¶ 5 & Ex. B.] By that date, Plaintiff had

already shipped the product to its customer (paragraph 5), and the product had been publicly listed and sold on Amazon (paragraph 6).

12. Plaintiff did not supply the product sold under ASIN B0D8HVR1GD. The photograph in the August 11, 2024 review shows a ghost with the tall, slender form, the pointed hem, and the oval eye and mouth pieces of Plaintiff's design. A comparison of that photograph with Plaintiff's product is attached as Exhibit 5.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September [_29_], 2026, at [Zhongshan], People's Republic of China.

Jianan Chen

Jianan Chen