UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:26-cv-26215-BLOOM/Elfenbein

ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
______________________________________/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AS TO THE ENJOINED DEFENDANTS**

THIS CAUSE is before the Court upon Plaintiff's Motion for Preliminary Injunction as to the Enjoined Defendants, ECF No. 50 (the "Motion"). The Court has considered the Motion, the supporting declarations and exhibits, Defendants' Expedited Motions to Dissolve Temporary Restraining Order, ECF Nos. [30] and [32], Plaintiff's responses, ECF Nos. [48] and [49], the record, and the applicable law and is otherwise fully advised. Each defendant identified on Schedule 1 to this Order (the "Enjoined Defendants") received notice of the Motion under Federal Rule of Civil Procedure 65(a)(1) by the means authorized in ECF No. [20] at ¶ 2.

The Court finds, for the reasons stated in the Motion, that it has personal jurisdiction over each Enjoined Defendant. The Court further finds that Plaintiff has shown, as to each Enjoined Defendant and each accused product identified for it on Schedule 1, a substantial likelihood of success on its claim that the product infringes U.S. Design Patent No. D1,126,458, and that the invalidity challenges raised to date lack substantial merit at this stage. Plaintiff will suffer

irreparable harm absent an injunction, the balance of hardships favors Plaintiff, and an injunction serves the public interest.

The Court further finds that Plaintiff seeks equitable relief in the form of an accounting and disgorgement of profits under 35 U.S.C. § 289 and a constructive trust over the proceeds of the infringing sales, and that a restraint of those proceeds is ancillary to that relief. Because an Enjoined Defendant's profits on the accused products cannot exceed its revenue from them, the restraint is limited to the lesser of the funds presently restrained and the net revenue of that Enjoined Defendant's accused listings.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Motion is GRANTED. Plaintiff's request to extend the temporary restraining order entered at ECF No. [20] is DENIED AS MOOT as to the Enjoined Defendants.

2. Each Enjoined Defendant, and its officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with any of them who receive actual notice of this Order, is PRELIMINARILY ENJOINED from making, using, offering to sell, selling, or importing into the United States the accused products offered under the Amazon ASINs and Temu product IDs identified for that Enjoined Defendant on Schedule 1, and from offering or selling the same products under any other listing, ASIN, product ID, or seller alias. This Order does not restrain any Enjoined Defendant from offering or selling any other product.

3. Amazon.com, Inc., Amazon.com Services LLC, and Whaleco Inc. d/b/a Temu, upon receipt of this Order, shall continue to disable the listings identified on Schedule 1 and shall not permit the Enjoined Defendants to relist the same products while this Order is in effect.

4. Amazon.com, Inc. and Amazon.com Services LLC shall continue to restrain funds in each Amazon Enjoined Defendant's account, but only up to the restraint limit stated for that

Enjoined Defendant on Schedule 2, filed under seal. That limit is the lesser of the balance restrained under ECF No. [20] and the net revenue of the Enjoined Defendant's accused ASINs as reflected in Amazon's production. Any restrained funds in excess of that limit are RELEASED and shall not be restrained by reason of this Order.

5. Whaleco Inc. d/b/a Temu shall continue to restrain funds in each Temu Enjoined Defendant's account, but only up to the net revenue of that Enjoined Defendant's accused product IDs identified on Schedule 1, as reflected in Whaleco's records. Within seven (7) days after Whaleco produces that information, Plaintiff shall file under seal an amended Schedule 2 stating the restraint limit for each Temu Enjoined Defendant, and any restrained funds in excess of that limit shall then be released. Until then, any Temu Enjoined Defendant may move for release of restrained funds in excess of the net revenue of its accused product IDs upon a showing of that figure.

6. Any other marketplace, payment processor, or financial institution that holds funds for an Enjoined Defendant under ECF No. [20], and that receives actual notice of this Order, shall continue to restrain those funds subject to the same limits stated in paragraphs 4 and 5.

7. Any Enjoined Defendant or restrained party may move to modify or dissolve this Order on notice to Plaintiff.

8. The security of $5,000 posted by Plaintiff under Federal Rule of Civil Procedure 65(c), ECF No. [21], shall remain in place as security for this preliminary injunction.

9. The temporary restraining order entered at ECF No. [20] is superseded by this Order as to the Enjoined Defendants. As to every other defendant not previously dismissed, the temporary restraining order shall expire by its terms on October 3, 2026, and is not extended. Within two (2) business days after the later of that date and the date of this Order, Plaintiff shall

notify Amazon.com, Inc., Amazon.com Services LLC, Whaleco Inc. d/b/a Temu, and any other restrained party that the restraints imposed by ECF No. [20] on those defendants' listings and funds are lifted, and shall file a notice of compliance.

10. Plaintiff shall serve this Order on each Enjoined Defendant that has not appeared by the means authorized in ECF No. [20] at ¶ 2, and shall file proof of service.

11. This Order shall remain in effect until final judgment or further order of the Court.

DONE AND ORDERED in Chambers at Miami, Florida, on _______________, 2026.

_________________________________
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record

## SCHEDULE 1: ENJOINED DEFENDANTS AND ACCUSED LISTINGS

| No. | Seller Alias | Marketplace | Accused Listing Identifier(s) |
|---|---|---|---|
| 3 | Yumiio | Amazon | B0GYHJKM7Y |
| 5 | Joyehome Direct | Amazon | B0GZNM19BD; B0GZNKMRVT |
| 7 | GOOLEENS | Amazon | B0H5KKJYDS; B0FC7WW6GK |
| 8 | FunouHome | Amazon | B0GY7M4KBW; B0F6T49NLY |
| 10 | WEXIXI | Amazon | B0GTL83Q1S |
| 12 | A Ba | Amazon | B0D8TYFSQB; B0H1W18KGL |
| 13 | Kindlivery | Amazon | B0GYGCBTH4 |
| 14 | ORIENTAL CHERRY HOME | Amazon | B0GX82FP54 |
| 16 | VersaCharm | Amazon | B0F5HBF6J4 |
| 18 | Wantline | Amazon | B0F7R39ZZY |
| 20 | FestalMart Direct | Amazon | B0GZDVZLPW [ |
| 21 | XinnLeen | Amazon | B0H27ZKKRB |
| 22 | X-GiftKey | Amazon | B0FDGCNTLQ |
| 24 | JIXXULVU | Amazon | B0FF9VD32Q; B0H41DRCTZ |
| 25 | ENJOLLY HOME US | Amazon | B0H6HKDTKW |
| 37 | HGXgo | Temu | 606017131803658 |
| 38 | Kerxin | Temu | 601099628604295 |
| 43 | TimiPet | Temu | 606192151694344 |
| 44 | YHYstore | Temu | 601102177952613; 601102294661948 |
| 46 | Marhoom | Temu | 607128706233322 |