**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:26-cv-26215-BLOOM/Elfenbein

| | |
|---|---|
| **ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"** | ) |
| | ) |
| Defendants. | ) |

---

**PLAINTIFF'S UNOPPOSED MOTION TO DISSOLVE ASSET RESTRAINT AND RELEASE RESTRAINED FUNDS AS TO DEFENDANT NOS. 7, 9, 12, AND 32**

Plaintiff Zhongshan Jializhi Technology Co., Ltd. ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 65, the Court's inherent authority over the injunctive relief it entered, and the terms of the parties' settlement, respectfully moves the Court for an order dissolving the asset restraint and releasing the restrained funds of Defendant No. 7, foshanshiaibilinmenyeyouxiangongsi d/b/a GOOLEENS, Defendant No. 9, shenzhenshiquanhengshangmaoyouxiangongsi d/b/a MJuAn, Defendant No. 12, shenzhenshihengyudianzishangwuyouxiangongsi d/b/a A Ba, and Defendant No. 32, Shenzhen Marti Technology Co. d/b/a Sehloran (the "Settling Defendants"), and in support states:

1. On September 18, 2026, the Court entered a Temporary Restraining Order, [ECF No. 20] (the "Restraining Order"), that, among other things, restrained and enjoined the transfer of certain funds and financial accounts of the Settling Defendants, including funds held by Amazon.com, Inc. and/or its payment processors associated with the Settling Defendants' storefronts.

2. Plaintiff and the Settling Defendants have resolved all claims between them. Plaintiff has contemporaneously filed a Notice of Voluntary Dismissal With Prejudice as to the Settling Defendants.
3. Plaintiff has agreed to take reasonable steps to cause the release of the Settling Defendants' funds restrained in connection with this action.
4. Plaintiff therefore requests that the Court dissolve the Restraining Order and any asset restraint entered in this action solely as to the Settling Defendants and the storefronts identified as Defendant No. 7, Defendant No. 9, Defendant No. 12, and Defendant No. 32, and authorize and direct Amazon.com, Inc. and any relevant financial institution or payment processor to release to the Settling Defendants any funds restrained solely on account of this action as to those Defendants.
5. This Motion does not seek to disturb, and shall not affect, the Restraining Order or any asset restraint as to any non-settling Defendant, which shall remain in full force and effect.

A proposed order granting the relief requested is submitted herewith.

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

Undersigned counsel certifies that the relief sought in this Motion is pursued pursuant to the parties' settlement and is unopposed by the Settling Defendants.

Dated: September 30, 2026

Respectfully submitted,

/s/ Cole Carlson
Cole Carlson
LEAD TRIAL COUNSEL
Florida Bar No. 112863
CARLSON IP LAW, LLC
412 E Madison Street, Suite 821
Tampa, Florida 33602
Tel: (813) 445-5175
cole@carlsoniplaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth above, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will be served on Defendants via email.

/s/ Cole Carlson
Cole Carlson