# REPLY EXHIBIT 1

# ANNOTATED THREE WAY COMPARISON

# REPLY EXHIBIT 1 ANNOTATED THREE WAY COMPARISON

## No. 16 VersaCharm | ASIN B0F5HBF6J4

| PRIOR ART ASIN B0C9LNV2J1 | D’458 PATENT | ACCUSED LISTING IMAGE |
|---|---|---|
|  |  FIG. 2 |  |
| ECF No. 32-2 at 10; review dated Aug. 21, 2023 | ECF No. 32-1 at 2; D'458 Fig. 2 | ECF No. 32-1 at 2 |

### ANNOTATIONS FOR THE ORDINARY OBSERVER COMPARISON

1. Prior art depicts a vertically falling draped, slender ghost and a three-oval facial arrangement.
2. Patent Fig. 2 depicts three facial ovals and a repeated pointed lower edge. Plaintiff alleges that D’458 Patent claims “a tall, slender ghost falling in long, nearly vertical folds to a hem that ends in distinct pointed tips hanging free above the ground.” ECF No. 49 at 2.
3. Accused listing: Two-eye primary image; face choices are offered separately; Long cloth spreads into broad, irregular folds on the surface; Hat and pooled cloth hem differ from the claimed face and tips; no pointed lower edge is depicted.

Demonstrative only. Images are crops of the cited exhibits, resized for layout; no new source imagery.

## REPLY EXHIBIT 1 ANNOTATED THREE WAY COMPARISON

## No. 18 Wantline | ASIN B0F7R39ZZY

| PRIOR ART ASIN B0C9LNV2J1 | D’458 PATENT | ACCUSED LISTING IMAGE |
|---|---|---|
|  |   FIG. 2 |  |
| ECF No. 32-2 at 10; review dated Aug. 21, 2023 | ECF No. 32-1 at 2; D'458 Fig. 2 | ECF No. 32-1 at 3 |

**ANNOTATIONS FOR THE ORDINARY OBSERVER COMPARISON**

1. Prior art depicts a vertically falling draped, slender ghost and a three-oval facial arrangement.
2. Patent Fig. 2 depicts three facial ovals and a repeated pointed lower edge. Plaintiff alleges that D’458 Patent claims “a tall, slender ghost falling in long, nearly vertical folds to a hem that ends in distinct pointed tips hanging free above the ground.” ECF No. 49 at 2.
3. Accused listing: Two-eye primary image; eyes have eyelash; face choices are offered separately; Long cloth spreads into broad, irregular folds on the surface; Hat and pooled cloth hem differ from the claimed face and tips; no pointed lower edge is depicted.

Demonstrative only. Images are crops of the cited exhibits, resized for layout; no new source imagery.

## REPLY EXHIBIT 1 ANNOTATED THREE WAY COMPARISON

## No. 14 ORIENTAL CHERRY HOME | ASIN B0GX82FP54

| PRIOR ART ASIN B0C9LNV2J1 | D’458 PATENT | ACCUSED LISTING IMAGE |
| --- | --- | --- |
|  |   FIG. 2 |   |
| ECF No. 32-2 at 10; review dated Aug. 21, 2023 | ECF No. 32-1 at 2; D'458 Fig. 2 | ECF No. 32-1 at 8 |

### ANNOTATIONS FOR THE ORDINARY OBSERVER COMPARISON

1. Prior art depicts a vertically falling draped, slender ghost and a three-oval facial arrangement.
2. Patent Fig. 2 depicts three facial ovals and a repeated pointed lower edge. Plaintiff alleges that D’458 Patent claims “a tall, slender ghost falling in long, nearly vertical folds to a hem that ends in distinct pointed tips hanging free above the ground.” ECF No. 49 at 2.
3. Accused listing: Three figures of different sizes, each showing two eyes; Long cloth spreads into broad, irregular folds on the surface; no “mouth” or pointed lower edge is depicted.

Demonstrative only. Images are crops of the cited exhibits, resized for layout; no new source imagery.

## REPLY EXHIBIT 1 ANNOTATED THREE WAY COMPARISON

## No. 20 FestalMart Direct | ASIN B0GZDVZLPW

| PRIOR ART ASIN B0C9LNV2J1 | D’458 PATENT | ACCUSED LISTING IMAGE |
|---|---|---|
|  | <br>FIG. 2 |  |
| ECF No. 32-2 at 10; review dated Aug. 21, 2023 | ECF No. 32-1 at 2; D'458 Fig. 2 | ECF No. 32-1 at 12 |

**ANNOTATIONS FOR THE ORDINARY OBSERVER COMPARISON**

1. Prior art depicts a vertically falling draped, slender ghost and a three-oval facial arrangement.
2. Patent Fig. 2 depicts three facial ovals and a repeated pointed lower edge. Plaintiff alleges that D’458 Patent claims “a tall, slender ghost falling in long, nearly vertical folds to a hem that ends in distinct pointed tips hanging free above the ground.” ECF No. 49 at 2.
3. Accused listing: Small tabletop figure instead of tall stander; with a hat and only two eyes; different eye shape; no “mouth” or pointed lower edge is depicted.

Demonstrative only. Images are crops of the cited exhibits, resized for layout; no new source imagery.

# REPLY EXHIBIT 1 ANNOTATED THREE WAY COMPARISON

## No. 20 FestalMart Direct | ASIN B0D2SKW94F

| PRIOR ART ASIN B0C9LNV2J1 | D'458 PATENT | ACCUSED LISTING IMAGE |
|---|---|---|
|  | <br>FIG. 2 |  |
| ECF No. 32-2 at 10; review dated Aug. 21, 2023 | ECF No. 32-1 at 2; D'458 Fig. 2 | ECF No. 32-1 at 10 |

### ANNOTATIONS FOR THE ORDINARY OBSERVER COMPARISON

1. Prior art depicts a vertically falling draped, slender ghost and a three-oval facial arrangement.
2. Patent Fig. 2 depicts three facial ovals and a repeated pointed lower edge. Plaintiff alleges that D'458 Patent claims "a tall, slender ghost falling in long, nearly vertical folds to a hem that ends in distinct pointed tips hanging free above the ground." ECF No. 49 at 2.
3. Accused listing: A small tabletop figure within a display dome instead of a tall stander; different eye shape; parallel layout for three dots; no pointed lower edge is depicted.

Demonstrative only. Images are crops of the cited exhibits, resized for layout; no new source imagery.

## REPLY EXHIBIT 1 ANNOTATED THREE WAY COMPARISON

## No. 20 FestalMart Direct | ASIN B0F6SPBFS1

| PRIOR ART ASIN B0C9LNV2J1 | D’458 PATENT | ACCUSED LISTING IMAGE |
|---|---|---|
|  |  FIG. 2 |  |
| ECF No. 32-2 at 10; review dated Aug. 21, 2023 | ECF No. 32-1 at 2; D'458 Fig. 2 | ECF No. 32-1 at 11 |

### ANNOTATIONS FOR THE ORDINARY OBSERVER COMPARISON

1. Prior art depicts a vertically falling draped, slender ghost and a three-oval facial arrangement.
2. Patent Fig. 2 depicts three facial ovals and a repeated pointed lower edge. Plaintiff alleges that D’458 Patent claims “a tall, slender ghost falling in long, nearly vertical folds to a hem that ends in distinct pointed tips hanging free above the ground.” ECF No. 49 at 2.
3. Accused listing: Small tabletop figure instead of tall stander; plush material instead of glossy; with only two eyes, and an additional brown woolen badge; different eye shape; no “mouth” or pointed lower edge is depicted.

Demonstrative only. Images are crops of the cited exhibits, resized for layout; no new source imagery.

## REPLY EXHIBIT 1 ANNOTATED THREE WAY COMPARISON

## No. 20 FestalMart Direct | ASIN B0F61SWBGK

| PRIOR ART ASIN B0C9LNV2J1 | D’458 PATENT | ACCUSED LISTING IMAGE |
|---|---|---|
|  |  FIG. 2 |  |
| ECF No. 32-2 at 10; review dated Aug. 21, 2023 | ECF No. 32-1 at 2; D'458 Fig. 2 | ECF No. 32-1 at 9 |

**ANNOTATIONS FOR THE ORDINARY OBSERVER COMPARISON**

1. Prior art depicts a vertically falling draped, slender ghost and a three-oval facial arrangement.
2. Patent Fig. 2 depicts three facial ovals and a repeated pointed lower edge. Plaintiff alleges that D’458 Patent claims “a tall, slender ghost falling in long, nearly vertical folds to a hem that ends in distinct pointed tips hanging free above the ground.” ECF No. 49 at 2.
3. Accused listing: small string lights instead of tall standers; has only two eyes; different eye shape; not slender, but wider equilateral triangle shape; no “mouth” or pointed lower edge is depicted.

Demonstrative only. Images are crops of the cited exhibits, resized for layout; no new source imagery.

# REPLY EXHIBIT 1 ANNOTATED THREE WAY COMPARISON

## No. 5 Joyehome Direct | ASIN B0GZNM19BD

| PRIOR ART ASIN B0C9LNV2J1 | D’458 PATENT | ACCUSED LISTING IMAGE |
|---|---|---|
|  |   FIG. 2 |  |
| ECF No. 32-2 at 10; review dated Aug. 21, 2023 | ECF No. 32-1 at 2; D'458 Fig. 2 | ECF No. 32-1 at 13 |

### ANNOTATIONS FOR THE ORDINARY OBSERVER COMPARISON

1. Prior art depicts a vertically falling draped, slender ghost and a three-oval facial arrangement.
2. Patent Fig. 2 depicts three facial ovals and a repeated pointed lower edge. Plaintiff alleges that D’458 Patent claims “a tall, slender ghost falling in long, nearly vertical folds to a hem that ends in distinct pointed tips hanging free above the ground.” ECF No. 49 at 2.
3. Accused listing: Two parallel eyes; a circular base; Hat and pooled cloth hem differ from the claimed face and tips; no “mouth” or pointed lower edge is depicted.

Demonstrative only. Images are crops of the cited exhibits, resized for layout; no new source imagery.

## REPLY EXHIBIT 1 ANNOTATED THREE WAY COMPARISON

## No. 5 Joyehome Direct | ASIN B0GZNKMRVT

| PRIOR ART ASIN B0C9LNV2J1 | D’458 PATENT | ACCUSED LISTING IMAGE |
|---|---|---|
|  |  FIG. 2 |  |
| ECF No. 32-2 at 10; review dated Aug. 21, 2023 | ECF No. 32-1 at 2; D'458 Fig. 2 | ECF No. 32-1 at 14 |

### ANNOTATIONS FOR THE ORDINARY OBSERVER COMPARISON

1. Prior art depicts a vertically falling draped, slender ghost and a three-oval facial arrangement.
2. Patent Fig. 2 depicts three facial ovals and a repeated pointed lower edge. Plaintiff alleges that D’458 Patent claims “a tall, slender ghost falling in long, nearly vertical folds to a hem that ends in distinct pointed tips hanging free above the ground.” ECF No. 49 at 2.
3. Accused listing: A suspended swing ghost with outstretched side forms, not the standing design described for both ASINs at ECF 49 p. 8; two different shaped eyes; no “mouth” or pointed lower tips is depicted.

Demonstrative only. Images are crops of the cited exhibits, resized for layout; no new source imagery.