**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-26215-BLOOM/Elfenbein**

ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
_________________________________/

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

**THIS CAUSE** is before the Court upon Plaintiff Zhongshan Jializhi Technology Co., Ltd.'s ("Plaintiff") Motion for Preliminary Injunction as to the Enjoined Defendants, ECF No. [50] ("Motion").[1] On September 18, 2026, this Court entered an Omnibus Order Regarding Temporary Restraining Order, Alternate Service, and Expedited Discovery, ECF No. [20] ("Temporary Restraining Order"). In accordance with the Temporary Restraining Order, Plaintiff served Defendants with a copy of the Complaint, Schedule A, Summons, Motion for Temporary Restraining Order, the issued Temporary Restraining Order, and all related documents. ECF No. [37]. Plaintiff also served Defendants with a copy of their Motion. ECF No. [50] at 11. Plaintiff now moves to convert the Temporary Restraining Order into a Preliminary Injunction. *See generally id.* Plaintiff also requests that the Court extend the Temporary Restraining Order until it rules on the Motion. *Id.* at 10.

---

[1] This Court will address Plaintiff's request for the entry of a preliminary injunction and order restraining transfer of assets in a separate order following the hearing set herein. The Court also acknowledges the two pending expedited motions to dissolve the Court's Temporary Restraining Order, ECF Nos. [30] and [32].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Temporary Restraining Order, **ECF No. [20]**, is extended fourteen (14) days and shall remain in effect **until October 16, 2026** or until the Court rules on the Motion, whichever is earlier.

2. **A hearing** is set before this Court in Courtroom 10-2 in Miami, Florida, via **Zoom video conference** on **October 13, 2026, at 11:00 a.m.**, at which time Defendants and/or any other affected persons may challenge the appropriateness of this Order and move to dissolve the same and at which time the Court will hear argument on Plaintiff's requested preliminary injunction: **https://www.zoomgov.com/j/16104042690?pwd=1REdAXgwIPrKkcHdNf3jqeV42AaGOW.1**. **Alternatively, the Zoom Meeting ID is 161 0404 2690; and the Passcode is 509473.**

3. **Defendants who are business entities must be represented by counsel at the hearing.** *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel.")

4. **Any response or opposition** to Plaintiff's Motion for Preliminary Injunction must be filed and served on Plaintiff's counsel **forty-eight (48) hours** prior to the hearing set for **October 13, 2026, at 11:00 a.m.**, and filed with the Court, along with Proof of Service. Plaintiff shall file any Reply Memorandum **twenty-four (24) hours** prior to the hearing set for **October 13, 2026, at 11:00 a.m.** The above dates may be revised upon stipulation by all parties and approval of this Court.

5. Defendants are on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to 15 U.S.C. § 1116(d), The All Writs Act, 28 U.S.C. § 1651(a), Federal Rule of Civil Procedure 65, and this Court's inherent authority.

6. Plaintiff is instructed to serve a copy of this Order and the Motion on Defendants through the means specified in the Temporary Restraining Order, ECF No. [20], and file Certificates of Service with the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 30, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record