**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-cv-26215-BLOOM/Elfenbein

ZHONGSHAN JIALIZHI TECHNOLOGY
CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

Defendants.
_____________________________________/

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH ORDER DISSOLVING TEMPORARY RESTRAINING ORDER AS TO RELEASED DEFENDANTS**

Plaintiff, Zhongshan Jializhi Technology Co., Ltd. ("Plaintiff"), gives notice that it has complied with Paragraph 4 of the Court's Order on Motions to Dissolve Temporary Restraining Order, ECF No. [56] (the "Order"), and states as follows:

1. On September 30, 2026, the Court entered the Order, which dissolved the Temporary Restraining Order, ECF No. [20], as to Defendant Nos. 1, 3, 5, 8, 14, 16, 18, 20, 25, 30, 31, 35, 36, 37, 38, 39, 44, 46, 47, and 48 (the "Released Defendants"). Order ¶ 3.

2. Paragraph 4 of the Order directs Plaintiff, within 24 hours, to provide a copy of the Order to Amazon.com, Inc., Whaleco Inc. d/b/a Temu, and any other third party that received notice of the Temporary Restraining Order. Order ¶ 4.

3. <u>Amazon.</u> At 5:56 a.m. Eastern Time on October 1, 2026, Plaintiff's counsel emailed a copy of the Order to the Amazon representative handling this matter, with a copy to Amazon's TRO notice address, tro-notices@amazon.com. The email identified each of the thirteen Released Defendants that sell on Amazon (Defendant Nos. 1, 3, 5, 8, 14, 16, 18, 20, 25, 30, 31, 35, and 36)

by Schedule "A" number, storefront name, Seller ID, and ASIN, and asked Amazon to reinstate those listings and release the restraint on those storefronts. A true and correct copy of the email to Amazon is included in Composite Exhibit A.

4. Temu. At 5:58 a.m. Eastern Time on October 1, 2026, Plaintiff's counsel emailed a copy of the Order to Whaleco Inc. d/b/a Temu at legal@temu.com, the address through which Whaleco's legal department has corresponded with Plaintiff's counsel about the Temporary Restraining Order and Plaintiff's subpoena. The email identified each of the seven Released Defendants that sell on Temu (Defendant Nos. 37, 38, 39, 44, 46, 47, and 48) by Schedule "A" number, storefront name, Seller ID, and Product ID, and asked Temu to reinstate those listings and release the restraint on those storefronts. A true and correct copy of the email to Temu, with earlier quoted correspondence in the thread omitted, is included in Composite Exhibit A.

5. Plaintiff gave notice of the Temporary Restraining Order to Amazon and Whaleco only. No other marketplace, payment processor, or financial institution received notice of it from Plaintiff, and no other third party falls within Paragraph 4.

6. Both transmissions were made within 24 hours of the entry of the Order. Plaintiff has therefore complied with Paragraph 4 of the Order.

Dated: October 1, 2026

Respectfully submitted,

/s/ Cole Carlson
Cole Carlson
LEAD TRIAL COUNSEL
Florida Bar No. 112863
CARLSON IP LAW, LLC
412 E Madison Street, Suite 821
Tampa, Florida 33602
Tel: (813) 445-5175
cole@carlsoniplaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 1, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notice of the filing to all counsel of record.

/s/ Cole Carlson
Cole Carlson