# COMPOSITE EXHIBIT A

**cole@carlsoniplaw.com**

| | |
|---|---|
| **From:** | cole@carlsoniplaw.com |
| **Sent:** | Thursday, October 1, 2026 5:57 AM |
| **To:** | 'Sergeant, Samantha [C]' |
| **Cc:** | 'TRO Notices' |
| **Subject:** | Case 26cv26215 - Order Releasing Asset Restraint |
| **Attachments:** | [56] Order Dissolving TRO as to Certain Defendants.pdf |

Good morning,

Order attached for the storefronts below dissolving the TRO. Please reinstate these ASINs and release the asset restraint as to these storefronts as soon as possible.

| No. | Storefront Name | Seller ID | ASIN(s) |
|---|---|---|---|
| 1 | YanDe Store | A1L321PG36GXNE | B0H2D6LQ12; B0H367YLMW |
| 3 | Yumiio | A2MXVQMESC60II | B0GYHJKM7Y |
| 5 | Joyehome Direct | A1N27WTYOIS1J2 | B0GZNM19BD; B0GZNKMRVT |
| 8 | FunouHome | A7C5V4326B9E1 | B0GY7M4KBW; B0F6T49NLY |
| 14 | ORIENTAL CHERRY HOME | A1JL4E47CLLETB | B0GX82FP54 |
| 16 | VersaCharm | A1CYXEE0JTUC1M | B0F5HBF6J4 |
| 18 | Wantline | A20Q4YUVHYL0RC | B0F7R39ZZY |
| 20 | FestalMart Direct (merchant: FestalMart) | A16IHEJNAPDXAZ | B0GZDVZLPW; B0F61SWBGK; B0F6SPBFS1; B0D2SKW94F |
| 25 | ENJOLLY HOME US | A1CAJX1OVEO9U1 | B0H6HKDTKW |
| 30 | SnowFlood | A3JV5OMXEBYYQL | B0H7R5CHLN |
| 31 | JooyDeepot (merchant: PengLi E-Commerce) | A2C6ANNENL5ZRX | B0H2PZZNHV |
| 35 | H-Yannis | A8231TU3YKEVG | B0H4GDX1BV |
| 36 | Giftoday | A34EZ0M3SO3XUU | B0H9H192DZ |

Sincerely,

Cole Carlson
Managing Attorney
(813)445-5175
cole@carlsoniplaw.com

Carlson IP Law
Your Ideas . . . Realized

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**cole@carlsoniplaw.com**

| | |
|---|---|
| **From:** | cole@carlsoniplaw.com |
| **Sent:** | Thursday, October 1, 2026 5:58 AM |
| **To:** | legal@temu.com |
| **Subject:** | RE: RE: RE: Fw:Case No. 26-cv-26215 - Entry of TRO and Subpoena |
| **Attachments:** | [56] Order Dissolving TRO as to Certain Defendants.pdf |

Good morning,

Order attached for the storefronts below dissolving the TRO. Please reinstate these pages and release the asset restraint as to these storefronts as soon as possible.

| No. | Storefront Name | Seller ID | Product ID(s) |
|---|---|---|---|
| 37 | HGXgo | 634418215255828 | 606017131803658 |
| 38 | Kerxin | 634418217024272 | 601099628604295 |
| 39 | MJuAn US | 634418215387148 | 606712362860287 |
| 44 | YHYstore | 634418220055044 | 601102177952613; 601102294661948 |
| 46 | Marhoom | 634418224801284 | 607128706233322 |
| 47 | Rewjury | 634418218935185 | 605858687737193 |
| 48 | Golucci | 634418220085347 | 606004246843817 |

Sincerely,
Cole Carlson
Managing Attorney
(813)445-5175
cole@carlsoniplaw.com

Carlson IP Law
Your Ideas . . . Realized

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.