**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD<br>Plaintiff, | ) |
| v. | ) Case No. 1:26-cv-26215-BLOOM/Elfenbein |
| THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br>Defendants. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that Marcelo Diaz-Cortes, Esq. of the law firm of Levine Kellogg Lehman Schneider + Grossman LLP, 100 SE 2nd Street, 36th Floor, Miami Tower, Miami, FL 33131, md@lklsg.com, appears as counsel on behalf of Defendants, **FunouHome, Yumiio, ENJOLLY HOME US, VersaCharm, and Wantline**, in the above-referenced case.

Please serve copies of all subsequent orders, pleadings, motions, correspondence, and other papers to undersigned counsel.

Dated: October 1, 2026

Respectfully submitted,

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789

By: /s/ *Marcelo Diaz-Cortes*
MARCELO DIAZ-CORTES
Florida Bar No. 118166
Primary email: md@lklsg.com
Secondary email: tms@lklsg.com

AND

*/s/ Anthony J. Biller*
Anthony J. Biller, Esq.
NC BAR NO. 24117
ENVISAGE LAW
PO Box 30099
Raleigh, NC 27622 7-1850
Telephone: 919.268.8998
E-mail: ajbiller@envisage.law
*Amended pro hac vice application forthcoming*

***Attorneys for Defendants FunouHome, Yumiio, ENJOLLY HOME US, VersaCharm, and Wantline***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 1, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Marcelo Diaz-Cortes*
Marcelo Diaz-Cortes