**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-26215-BLOOM/Elfenbein**

ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION TO DISSOLVE ASSET RESTRAINT AND RELEASE RESTRAINED FUNDS AS TO DEFENDANT NO. 34**

Plaintiff Zhongshan Jializhi Technology Co., Ltd. ("Plaintiff"), under Federal Rule of Civil Procedure 65 and Paragraph 1(c) of the Court's Omnibus Order [ECF No. 20], moves for an order dissolving the Temporary Restraining Order, including its asset restraint, as to Defendant No. 34, Dongguan Kaman Cosmetic Tools Co., Ltd. d/b/a TTEARE ("Defendant No. 34"), and directing the release of Defendant No. 34's restrained funds. In support, Plaintiff states:

1. On September 17, 2026, the Court entered its Omnibus Order granting Plaintiff's motion for a temporary restraining order [ECF No. 20] (the "Restraining Order"). Plaintiff posted the required security on September 19, 2026 [ECF No. 21], and the Restraining Order took effect under Paragraph 1(f). On September 30, 2026, the Court extended the Restraining Order through October 16, 2026, or until the Court rules on Plaintiff's Motion for Preliminary Injunction, whichever is earlier [ECF No. 55].

2. Paragraph 1(b) of the Restraining Order directed Amazon to disable the accused listings identified on Schedule "A," and Paragraph 1(c) directed Amazon, its payment processors, and any financial institution with actual notice to restrain each Defendant's funds up to the profits reasonably attributable to the sale of the accused products. Defendant No. 34 operates the Amazon storefront TTEARE (Seller ID A2QMM2VLQMJ6TR), through which it offered the product sold under ASIN B0H1WWM9K8.

3. Plaintiff and Defendant No. 34 have resolved all claims between them. Contemporaneously with this Motion, Plaintiff is filing an Unopposed Motion for Dismissal With Prejudice as to Defendant No. 34 under Federal Rule of Civil Procedure 41(a)(2).

4. With the claims against Defendant No. 34 resolved, there is no basis to keep its listing disabled or its funds restrained. Plaintiff therefore requests that the Court dissolve the Restraining Order in its entirety as to Defendant No. 34, including the asset restraint under Paragraph 1(c), and authorize and direct Amazon.com, Inc., Amazon.com Services LLC, and any other marketplace, financial institution, or payment processor holding funds restrained solely on account of this action as to Defendant No. 34 to release those funds. Plaintiff further requests that Amazon be authorized to restore any storefront or listing of Defendant No. 34 that was disabled solely on account of the Restraining Order.

5. This Motion is limited to Defendant No. 34. It does not seek to modify the Restraining Order as to any other Defendant, and the Restraining Order remains in full force and effect as to every other Defendant according to its terms.

A proposed order is submitted with this Motion.

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

Defendant No. 34 is not represented by counsel and has not appeared. Undersigned counsel certifies that he conferred with Defendant No. 34 directly by e-mail regarding the relief requested

in this Motion, and Defendant No. 34 consents to it. The relief sought does not affect any other party.

Dated: October 2, 2026

Respectfully submitted,

/s/ Cole Carlson
Cole Carlson
LEAD TRIAL COUNSEL
Florida Bar No. 112863
CARLSON IP LAW, LLC
412 E Madison Street, Suite 821
Tampa, Florida 33602
Tel: (813) 445-5175
cole@carlsoniplaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date set forth above, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that on the same date I served a copy of the foregoing by e-mail on Defendant No. 34, which has not appeared, at godr7oyshop@outlook.com, and on all other Defendants that have not appeared, as authorized by Paragraph 2 of the Court's Omnibus Order [ECF No. 20].

/s/ Cole Carlson
Cole Carlson