**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-26215-BLOOM/Elfenbein**

ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISSOLVE ASSET RESTRAINT AND RELEASE RESTRAINED FUNDS AS TO DEFENDANT NO. 34**

THIS CAUSE is before the Court upon Plaintiff's Unopposed Motion to Dissolve Asset Restraint and Release Restrained Funds as to Defendant No. 34, ECF No. [60] ("Motion"). The Motion concerns Defendant No. 34, Dongguan Kaman Cosmetic Tools Co., Ltd. d/b/a TTEARE ("Defendant No. 34"), which operates the Amazon storefront TTEARE (Seller ID A2QMM2VLQMJ6TR) and offered the product sold under ASIN B0H1WWM9K8. The Court has carefully considered the Motion, the record in this case, and the applicable law, and is otherwise fully advised. Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Motion, ECF No. [60], is GRANTED.

2. The Temporary Restraining Order entered in the Court's Omnibus Order, ECF No. [20], as extended by ECF No. [55], is DISSOLVED in its entirety as to Defendant No. 34, including the asset restraint under Paragraph 1(c).

3. Amazon.com, Inc., Amazon.com Services LLC, and any other marketplace, financial institution, or payment processor holding funds restrained solely on account of this action as to Defendant No. 34 are authorized and directed to release those funds to Defendant No. 34 promptly upon receipt of this Order.

4. Amazon.com, Inc. and Amazon.com Services LLC are authorized to restore any storefront or listing of Defendant No. 34 that was disabled solely on account of the Temporary Restraining Order.

5. Nothing in this Order modifies the Temporary Restraining Order as to any Defendant other than Defendant No. 34. As to every other Defendant, the Temporary Restraining Order remains in full force and effect according to its terms.

DONE AND ORDERED in Chambers at Miami, Florida, on ____________________, 2026.

______________________________
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record