**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-26215-BLOOM/Elfenbein**

| | |
|---|---|
| ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT NO. 34**

Plaintiff Zhongshan Jializhi Technology Co., Ltd. ("Plaintiff"), under Federal Rule of Civil Procedure 41(a)(1)(A)(i), gives notice of the voluntary dismissal WITH PREJUDICE of all claims asserted in this action against Defendant No. 34, Dongguan Kaman Cosmetic Tools Co., Ltd. d/b/a TTEARE ("Defendant No. 34"). In support, Plaintiff states:

1. Defendant No. 34 has not appeared and has not served an answer or a motion for summary judgment in this action. Dismissal by notice under Rule 41(a)(1)(A)(i) is therefore proper and requires no order of the Court.

2. Plaintiff and Defendant No. 34 have resolved all claims between them in this action.

3. This dismissal is WITH PREJUDICE and applies solely to Defendant No. 34. This action remains pending against all other Defendants identified on Schedule "A."

4. Each party shall bear its own attorneys' fees, costs, and expenses.

Plaintiff's contemporaneously filed Unopposed Motion to Dissolve Asset Restraint and Release Restrained Funds as to Defendant No. 34 seeks the release of any funds restrained in this action solely as to Defendant No. 34.

Dated: October 2, 2026

Respectfully submitted,

/s/ Cole Carlson
Cole Carlson
LEAD TRIAL COUNSEL
Florida Bar No. 112863
CARLSON IP LAW, LLC
412 E Madison Street, Suite 821
Tampa, Florida 33602
Tel: (813) 445-5175
cole@carlsoniplaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 2, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and that on the same date I served a copy of the foregoing by e-mail on Defendant No. 34, which has not appeared, at godr7oyshop@outlook.com, as authorized by Paragraph 2 of the Court's Omnibus Order [ECF No. 20].

/s/ Cole Carlson
Cole Carlson