**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:26-cv-26215-BLOOM/Elfenbein

**ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,**

Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

Defendants.

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISSOLVE ASSET RESTRAINT AND RELEASE RESTRAINED FUNDS AS TO SETTLING DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion to Dissolve Asset Restraint and Release Restrained Funds as to Settling Defendant No. 10, NanYangZhanHongJianCaiYouXianGongSi d/b/a WEXIXI (the "Settling Defendant") (the "Motion"). The Court, having reviewed the Motion and the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED:

1. The Motion is GRANTED.

2. The Temporary Restraining Order, [ECF No. 20], and any asset restraint entered in this action are DISSOLVED solely as to the Settling Defendant, identified on Schedule "A" as Defendant No. 10.

3. Amazon.com, Inc., and any financial institution or payment processor holding funds restrained solely on account of this action as to the Settling Defendant, are authorized and directed to release such funds to the Settling Defendant.

4. The Restraining Order and any asset restraint remain in full force and effect as to all non-settling Defendants.

5. Consistent with Plaintiff's Notice of Voluntary Dismissal, all claims against the Settling Defendant are DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees, costs, and expenses.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of ________________, 20____.

________________________________
JUDGE BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel and parties of record.