**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-26215-BLOOM/Elfenbein**

ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
________________________________________/

**ORDER OF DISMISSAL AS TO CERTAIN DEFENDANT WITH PREJUDICE AND RELEASE OF ASSET RESTRAINT**

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice as to Defendant No. 34, ECF No. [61] ("Notice"). Also before the Court is Plaintiff's Unopposed Motion to Dissolve Asset Restraint and Release Restrained Funds as to Defendant No. 34, ECF No. [60] ("Release Motion"). The Court has carefully reviewed the Notice and Motion, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [61]**, is **APPROVED** and **ADOPTED**.
    a. The above-styled case is **DISMISSED WITH PREJUDICE** as to Defendant No. 34, Dongguan Kaman Cosmetic Tools Co., Ltd. d/b/a TTEARE.
    b. Each party shall bear its own attorneys' fees and costs.
2. The Release Motion, **ECF No. [60]**, is **GRANTED**.
    a. The Temporary Restraining Order, ECF No. [20], and any asset restraint entered in this action are **DISSOLVED** solely as to the Defendant No. 34,

Dongguan Kaman Cosmetic Tools Co., Ltd. d/b/a TTEARE, including the asset restraint under Paragraph 1(c).

b. Amazon.com, Inc., Amazon.com Services LLC, and any other marketplace, financial institution, or payment processor holding funds restrained solely on account of this action as to Defendant No. 34 are authorized and directed to release those funds to Defendant No. 34.

c. Amazon.com, Inc. and Amazon.com Services LLC are authorized to restore any storefront or listing of Defendant No. 34 that was disabled solely on account of the Temporary Restraining Order.

d. Nothing in this Order modifies the Temporary Restraining Order as to any Defendant other than Defendant No. 34. As to every other Defendant, the Temporary Restraining Order remains in full force and effect according to its terms.

**DONE AND ORDERED** in Chambers at Miami, Florida, on **October 2, 2026**.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record