Generated: Oct 2, 2026 4:08PM



# U.S. District Court

## Florida Southern - Miami

Receipt Date: Oct 2, 2026 4:08PM

CARLSON IP LAW
503 E JACKSON STREET
SUITE 901
TAMPA, FL 33602

Rcpt. No: 323389 Trans. Date: Oct 2, 2026 4:08PM Cashier ID: #VT (1899)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DFLS126CV026215 /001 **FBO**: PLAINTIFF | 1 | 5000.00 | 5000.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #1025 | 09/18/2026 | $5,000.00 |
| | | | Total Due Prior to Payment: | $5,000.00 |
| | | | Total Tendered: | $5,000.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments:** 1:26-cv-26215-BB PER SEALED ORDER OF THE COURT DATED SEPTEMBER 17, 2026 REMITTER: CARLSON IP LAW 503 E JACKSON STREET TAMPA, FL 33602

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.