**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:26-cv-26215-BLOOM/Elfenbein

FILED BY [signature] D.C.
OCT 02 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**DOE CORP.,**

Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

Defendants.

---

## NOTICE OF FILING BOND

Plaintiff Doe Corp. ("Plaintiff"), by and through its undersigned counsel, hereby gives notice of filing the attached injunction bond in the amount of Five Thousand Dollars ($5,000.00), posted via check as security pursuant to Federal Rule of Civil Procedure 65(c) and this Court's Temporary Restraining Order entered on September 18, 2026, [ECF No. 20] (the "TRO"), which set bond in that amount.

The bond is conditioned to secure the payment of such costs and damages as may be incurred or suffered by any Defendant who is found to have been wrongfully enjoined or restrained by the TRO or any preliminary injunction entered in this action.

Dated: September 19, 2026

Respectfully submitted,

/s/ Cole Carlson
Cole Carlson
Florida Bar No. 112863
CARLSON IP LAW
412 E Madison Street, Suite 821
Tampa, FL 33602
Telephone: 813-445-5175
Email: cole@carlsoniplaw.com

*Attorney for Plaintiff*
*Zhongshan Jializhi Technology Co., Ltd.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date set forth below, a true and correct copy of the foregoing was filed and, pursuant to a future order authorizing alternative service under Federal Rule of Civil Procedure 4(f)(3), will be served upon Defendants by electronic means at the email addresses associated with their respective seller accounts and/or by publication.

/s/ Cole Carlson
Cole Carlson

Carlson IP Law
412 E Madison St
Suite 821
Tampa, FL 33602

Retail

33128

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
TAMPA, FL 33611
SEP 19, 2026

$1.98

S2324P507599-77

USMS INSPECTED

U.S. Courts Clerk
Attn: Cashier
400 N. Miami Ave.
Miami, FL 33128

SAT 19 SEP 2026 PM