**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-26215-BLOOM/Elfenbein**

ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
________________________________________/

**ORDER OF DISMISSAL AS TO CERTAIN DEFENDANT WITH PREJUDICE AND RELEASE OF ASSET RESTRAINT**

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice as to Defendant No. 10, ECF No. [64] ("Notice"). Also before the Court is Plaintiff's Unopposed Motion to Dissolve Asset Restraint and Release Restrained Funds as to Defendant No. 10, ECF No. [62] ("Release Motion"). The Court has carefully reviewed the Notice and Motion, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [64]**, is **APPROVED** and **ADOPTED**.
    a. The above-styled case is **DISMISSED WITH PREJUDICE** as to Defendant No. 10, NanYangZhanHongJianCaiYouXianGongSi d/b/a WEXIXI (the "Settling Defendant").
    b. Each party shall bear its own attorneys' fees and costs.
2. The Release Motion, **ECF No. [62]**, is **GRANTED**.
    a. The Temporary Restraining Order, ECF No. [20], and any asset restraint

entered in this action are **DISSOLVED** solely as to the Settling Defendant.

b. Amazon.com, Inc., and any financial institution or payment processor holding funds restrained solely on account of this action as to the Settling Defendant, are authorized and directed to release such funds to the Settling Defendant.

c. The Restraining Order and any asset restraint remain in full force and effect as to all nonsettling Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 5, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record