**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-26215-BB**

ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
_______________________________________/

**ORDER ON DEFENDANT TIMIPET'S EXPEDITED MOTION *NUNC PRO TUNC* TO JOIN THE MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER AND TO MODIFY ORDER**

**THIS CAUSE** is before the Court on Defendant TimiPet's Expedited Motion to Join the Motion to Dissolve Temporary Restraining Order [ECF No. 30] and to Modify the Order Dissolving the Temporary Restraining Order [ECF No. 56] to Include Defendant No. 43, ECF No. 68 (the "Motion"). The Court has considered the Motion, the record, and the applicable law, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [68]**, is **GRANTED**.

3. The Order at ECF No. [56] is **MODIFIED** to include Defendant No. 43, TimiPet. The Temporary Restraining Order, ECF No. [20], is **DISSOLVED** as to Defendant No. 43, TimiPet.

4. Within 24 hours of this Order, Plaintiff shall provide a copy of this Order to Whaleco Inc. d/b/a Temu and to any other third party that received notice of the Temporary Restraining Order, and those third parties shall release all listings, accounts, and funds of Defendant No. 43, TimiPet, restrained under it.

**DONE AND ORDERED** in Chambers at Miami, Florida, on ____________, 2026.

_________________________________
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record