**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,

PLAINTIFF,

vs. CASE NO. 1:26-CV-26215-BB

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

DEFENDANTS.
_______________________________________/

**CERTIFICATION OF SOPHIA VOUVALIS, ESQ.**

Sophia Vouvalis, Esq., pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of North Carolina and the Bar of the District of Columbia; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Dated: October 7, 2026

*/s/ Sophia Vouvalis*

Sophia Vouvalis, Esq.
NC BAR NO. 62730
ENVISAGE LAW
PO Box 30099
Raleigh, NC 27622 7-1850
Telephone: 919.268.8998
E-mail: svouvalis@envisage.law