**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:26-cv-26215-BLOOM/Elfenbein |
| v. | ) | |
| | ) | |
| THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | ) | |
| | ) | |
| Defendants. | | |

**NOTICE OF APPEARANCE OF COUNSEL**

**PLEASE TAKE NOTICE** that Marcelo Diaz-Cortes, Esq. of the law firm of Levine Kellogg Lehman Schneider + Grossman LLP, 100 SE 2nd Street, 36th Floor, Miami Tower, Miami, FL 33131, md@lklsg.com, appears as counsel on behalf of Defendants, **ORIENTAL CHERRY HOME, Joyehome Direct, and FestalMart Direct**, in the above-referenced case.

Please serve copies of all subsequent orders, pleadings, motions, correspondence, and other papers to undersigned counsel.

Dated: October 8, 2026

Respectfully submitted,

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789
By: /s/ *Marcelo Diaz-Cortes*
MARCELO DIAZ-CORTES
Florida Bar No. 118166
Primary email: md@lklsg.com
Secondary email: tms@lklsg.com

AND

*_/s/ Anthony J. Biller_*
Anthony J. Biller, Esq.
NC BAR NO. 24117
ENVISAGE LAW
PO Box 30099
Raleigh, NC 27622 7-1850
Telephone: 919.268.8998
E-mail: ajbiller@envisage.law
*Admitted pro hac vice*

*Attorneys for Defendants FunouHome, Yumiio, ENJOLLY HOME US, VersaCharm, Wantline, ORIENTAL CHERRY HOME, Joyehome Direct, and FestalMart Direct*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 8, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *_/s/ Marcelo Diaz-Cortes_*
Marcelo Diaz-Cortes