**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:26-cv-26215-BLOOM/Elfenbein

**ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,**

Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT NO. 22**

Plaintiff Zhongshan Jializhi Technology Co., Ltd. ("Plaintiff"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of the voluntary dismissal WITH PREJUDICE of all claims asserted in this action against Defendant No. 22, guangzhou shi de li heng shangmao youxiang gongsi d/b/a X-GiftKey (the "Settling Defendant"). In support, Plaintiff states:

1. The Settling Defendant has not served an answer or a motion for summary judgment in this action. Dismissal by notice under Rule 41(a)(1)(A)(i) is therefore proper.
2. Plaintiff and the Settling Defendant have resolved all claims between them relating to this action.
3. This dismissal is WITH PREJUDICE and applies solely to the Settling Defendant. This action remains pending against all other Defendants identified on Schedule "A."
4. Each party shall bear its own attorneys' fees, costs, and expenses.

Plaintiff's contemporaneously filed Unopposed Motion to Dissolve Asset Restraint and Release Restrained Funds as to the Settling Defendant seeks the release of any funds restrained in this action solely as to the Settling Defendant.

Dated: October 8, 2026

Respectfully submitted,

/s/ Cole Carlson
Cole Carlson
LEAD TRIAL COUNSEL
Florida Bar No. 112863
CARLSON IP LAW, LLC
412 E Madison Street, Suite 821
Tampa, Florida 33602
Tel: (813) 445-5175
cole@carlsoniplaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 8, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and served the foregoing on the Settling Defendant via e-mail.

/s/ Cole Carlson
Cole Carlson, Esq.