UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:26-cv-26215-BLOOM/Elfenbein

ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,
Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"
Defendants.

______________________________________/

**UNOPPOSED EXPEDITED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS NOS. 5, 14, 16, 18, 20**

Ziqi Yu and Zhaoxin Zhang ("Withdrawing Counsel") move under S.D. Fla. L.R. 11.1(d)(3)(A) for leave to withdraw their appearances solely as counsel for Joyehome Direct (No. 5), ORIENTAL CHERRY HOME (No. 14), VersaCharm (No. 16), Wantline (No. 18), and FestalMart Direct (No. 20) (the "Affected Defendants"). Withdrawing Counsel request expedited consideration under Local Rule 7.1(d)(2), with a ruling by October 13, 2026, before the scheduled preliminary-injunction hearing. Their appearances for YanDe Store (No. 1), SnowFlood (No. 30), and Giftoday (No. 36) will not be affected by this Motion.

Expedited consideration is warranted because the hearing on Plaintiff's preliminary-injunction motion, ECF No. 50, is scheduled for October 13, 2026. A ruling by that date, before the hearing begins, will clarify which counsel will act for the Affected Defendants during the imminent injunction proceedings. Withdrawing Counsel request determination on the papers if the Court finds a hearing unnecessary.

Withdrawing Counsel appeared on behalf of certain Defendants in this action, including Affected Defendants. ECF Nos. 24, 33. On October 8, 2026, attorney Marcelo Diaz-Cortes has appeared as counsel of record for the Affected Defendants. On the same day, Affected Defendants

terminated undersigned counsel's representation in this matter. Withdrawing Counsel seek to honor the clients' choice of replacement counsel.

The Affected Defendants will therefore remain represented by counsel admitted to practice in this District upon the requested withdrawal. This motion seeks withdrawal of only Withdrawing Counsel's appearances; Mr. Diaz-Cortes's appearance remains in effect.

Local Rule 11.1(d)(3)(A) requires leave of Court after notice to the client and opposing counsel. Rule 4-1.16(a)(3) of the Rules Regulating The Florida Bar requires withdrawal when a lawyer is discharged, subject to the tribunal's requirements under subdivision (c). The clients' selection of replacement counsel and the presence of remaining counsel of record establish good cause for the requested withdrawal.

For purposes of Local Rule 11.1(d)(3)(A), the current mailing address of the Affected Defendants' remaining counsel is:

Marcelo Diaz-Cortes, Esq.

Levine Kellogg Lehman Schneider & Grossman LLP

100 SE 2nd St.

36th Floor

Miami, FL 33131

WHEREFORE, Withdrawing Counsel respectfully request that the Court grant leave for Ziqi Yu and Zhaoxin Zhang to withdraw as counsel for the five Affected Defendants, effective upon entry of the order, and direct the Clerk to update their attorney associations for those defendants accordingly. Withdrawing Counsel's appearances and receipt of electronic notices should remain active for YanDe Store (No. 1), SnowFlood (No. 30), and Giftoday (No. 36). A proposed order accompanies this motion.

**Certificate of Good Faith Conference**

Pursuant to Local Rule 7.1(a), on October 9, 2026, Withdrawing Counsel conferred by email with Cole Y. Carlson for Plaintiff and Marcelo Diaz-Cortes and Anthony J. Biller for the Affected Defendants in a good-faith effort to obtain agreement to withdrawal. Mr. Carlson does

not oppose this motion. Mr. Biller, who acts as counsel for the Affected Defendants and whose Notice of Appearance Pro Hac Vice for the Affected Defendants is pending, does not oppose this motion.

Dated: October 9, 2026

Respectfully submitted,

/s/ Ziqi Yu
Ziqi Yu
Fla. Bar ID #1044119
procollider@pm.me
5794 Bird Rd Unit 554
Miami, FL 33155
415-519-5274

Zhaoxin Zhang, Esq.
T&C Lawfirm
34F Kangtai Innovation Tower
Nanshan District, Shenzhen
Guangdong Province, China
Tel: +86-15652520869
Email: zhangzhaoxin@tclawfirm.com

Counsel for Joyehome Direct (No. 5), ORIENTAL CHERRY HOME (No. 14), VersaCharm (No. 16), Wantline (No. 18), FestalMart Direct (No. 20)

**Certificate of Service and Notice to Clients**

I certify that on October 9, 2026, I filed this motion and proposed order through CM/ECF, serving registered counsel receiving electronic notice. Cole Y. Carlson, Marcelo Diaz-Cortes and Anthony J. Biller will receive copies of this motion by email. On October 9, 2026, my notice of withdrawal and a copy of this motion are served on each Affected Defendant by WeChat.

/s/ Ziqi Yu