**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:26-cv-26215-BLOOM/Elfenbein**

**ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,**

**Plaintiff,**

**v.**

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

**Defendants.**

______________________________________/

**PROPOSED ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL FOR FIVE DEFENDANTS**

THIS CAUSE is before the Court upon Ziqi Yu and Zhaoxin Zhang's Expedited Motion for Leave to Withdraw as Counsel for Five Defendants, ECF No. 75. The Court, having reviewed the motion and being otherwise fully advised, ORDERS AND ADJUDGES as follows:

The motion is GRANTED. Ziqi Yu and Zhaoxin Zhang are permitted to withdraw as counsel for Joyehome Direct (No. 5), ORIENTAL CHERRY HOME (No. 14), VersaCharm (No. 16), Wantline (No. 18), and FestalMart Direct (No. 20), effective upon entry of this Order.

Marcelo Diaz-Cortes remains counsel of record for those five defendants. Anthony J. Biller's participation is governed by the Court's applicable pro hac vice admission orders.

The Clerk shall update Ziqi Yu's and Zhaoxin Zhang's attorney associations solely as to those five defendants. Their appearances and electronic noticing shall remain active for YanDe Store (No. 1), SnowFlood (No. 30), and Giftoday (No. 36).

All existing deadlines and hearing settings remain in effect.

DONE AND ORDERED in Chambers at Miami, Florida, on [DATE].

______________________________

BETH BLOOM

UNITED STATES DISTRICT JUDGE

Copies to: Counsel of record