**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.

Case No. 1:26-cv-26215-BLOOM/Elfenbein

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION**

Defendants Yumiio, FunouHome, VersaCharm, Wantline, ORIENTAL CHERRY HOME, Joyehome Direct, FestalMart Direct, and ENJOLLY HOME US ("Defendants"), identified on Schedule A as Defendant Nos. 3, 5, 8, 14, 16, 18, 20, and 25, by and through undersigned counsel, respectfully request an extension of time to file a response to Plaintiff's Motion for Preliminary Injunction as to the Enjoined Defendants (DE 50) (the "Motion"), through and including October 27, 2026. In support thereof, Defendants show good cause as follows:

1. Plaintiff filed the Motion (DE 50) on September 29, 2026. On September 30, 2026, the Court scheduled a hearing on the Motion for October 13, 2026 (the "Hearing"), (DE 55), and then dissolved the underlying temporary injunction as to several defendants, including the Defendants.

2. Defendants retained undersigned counsel on September 30, 2026, and on October 7, 2026. Defendants intend to appear through counsel at the Hearing and wish to respond to the Motion.

3. However, the response deadline is currently October 11, 2026.

4. Defendants are Chinese companies. It was National Day, also known as Golden Week, in China from October 1 through October 7, a national holiday that concluded yesterday. During this

period, given the national holiday, it was very difficult for Defendants to communicate with their new counsel and prepare a defense.

5. Undersigned counsel believes there are highly meritorious non-infringement and invalidity defenses applicable to Defendants and wish to raise these defenses with the Court.

6. Defendants and their counsel thus need additional time to review the Motion and to prepare their defenses.

7. This motion is made in good faith and not to unnecessarily delay this proceeding.

8. Plaintiff, through counsel, consents to this Motion.

**WHEREFORE**, Defendants respectfully request the Court enter an Order granting Defendants an extension of time through and including October 27, 2026, within which to file a response to Plaintiff's Motion for Preliminary Injunction as to the Enjoined Defendants (DE 50). A proposed order is attached as **Exhibit A**.

**Conferral Certification**: Pursuant to Local Rule 7.1(a)(3), the undersigned counsel contacted counsel for Plaintiff, Cole Carlson, Esq., via email to confer on the relief sought in this Motion. Plaintiff does not oppose the relief requested herein.

Respectfully submitted this the 9th day of October.

By: */s/ Anthony J. Biller*
Anthony J. Biller (North Carolina Bar No. 24117)
Sophia M. Vouvalis (North Carolina Bar No. 62730)
ENVISAGE LAW
P.O. Box 30099
Raleigh, North Carolina 27622
Telephone: (984) 344-9191
ajbiller@envisage.law
svouvalis@envisage.law

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
Miami Tower, 100 SE 2nd Street, 36th Floor
Miami, Florida 33131

Telephone: 305.403.8788
Facsimile: 305.403.8789
By: */s/ Marcelo Diaz-Cortes*
Marcelo Diaz-Cortes, Esq.
Primary: md@lklsg.com
Secondary: tms@lklsg.com
Florida Bar No.: 118166
*Counsel for Defendants Yumiio, FunouHome, VersaCharm, Wantline, ORIENTAL CHERRY HOME, Joyehome Direct, FestalMart Direct, and ENJOLLY HOME US*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 9, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Marcelo Diaz-Cortes*
Marcelo Diaz-Cortes