# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-26215-BLOOM/Elfenbein |

**ORDER EXTENDING TIME TO RESPOND**
**TO MOTION FOR PRELIMINARY INJUNCTION**

THIS CAUSE came before the Court on the Unopposed Motion for Extension of Time to Respond to Motion for Preliminary Injunction [ECF No. __] (the "Motion"), filed by Defendants Yumiio, FunouHome, VersaCharm, Wantline, ORIENTAL CHERRY HOME, Joyehome Direct, FestalMart Direct, and ENJOLLY HOME US ("Defendants"), identified on Schedule A as Defendant Nos. 3, 5, 8, 14, 16, 18, 20, and 25. The Court, having reviewed the Motion and finding good cause, ORDERS and ADJUDGES as follows:

The Motion is GRANTED. Defendants shall respond to Plaintiff's Motion for Preliminary Injunction as to the Enjoined Defendants (DE 50), on or before October 27, 2026.

DONE AND ORDERED in Chambers, in Miami, Florida, this __ day of October, 2026.

______________________________
HON. BETH BLOOM
UNITED STATES DISTRICT JUDGE