**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD., | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-26215-BLOOM/Elfenbein |
| v. | ) | |
| THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO MOTION FOR PRELIMINARY INJUNCTION [ECF NO. 77]**

Defendants Yumiio, FunouHome, VersaCharm, Wantline, ORIENTAL CHERRY HOME, Joyehome Direct, FestalMart Direct, and ENJOLLY HOME US ("Defendants"), identified on Schedule A as Defendant Nos. 3, 5, 8, 14, 16, 18, 20, and 25, by and through undersigned counsel, hereby withdraw their *Unopposed Motion for Extension of Time to Respond to Motion for Preliminary Injunction* [ECF 77], filed October 9, 2026. Defendants have reached an agreement with Plaintiff, and Plaintiff has filed *Joint Stipulation and Motion for Dismissal with Prejudice as to Defendant* Nos. 3, 5, 8, 14, 16, 18, 20, and 25 [ECF 78]. Accordingly, the requested extension is **moot**.

Dated: October 9, 2026

Respectfully Submitted:

By: */s/ Anthony J. Biller*
Anthony J. Biller (North Carolina Bar No. 24117)
Sophia M. Vouvalis (North Carolina Bar No. 62730)
ENVISAGE LAW
P.O. Box 30099
Raleigh, North Carolina 27622
Telephone: (984) 344-9191
ajbiller@envisage.law
svouvalis@envisage.law

**AND**

**LEVINE KELLOGG LEHMAN**
**SCHNEIDER + GROSSMAN LLP**
Miami Tower, 100 SE 2nd Street, 36th Floor
Miami, Florida 33131
Telephone: 305.403.8788
Facsimile: 305.403.8789
By: */s/ Marcelo Diaz-Cortes*
Marcelo Diaz-Cortes, Esq.
Primary: md@lklsg.com
Secondary: tms@lklsg.com
Florida Bar No.: 118166

*Counsel for Defendants Yumiio, FunouHome, VersaCharm, Wantline, ORIENTAL CHERRY HOME, Joyehome Direct, FestalMart Direct, and ENJOLLY HOME US*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 9, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Marcelo Diaz-Cortes*
Marcelo Diaz-Cortes