**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-26215-BLOOM/Elfenbein**

ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
_____________________________________/

**ORDER ON MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER**

**THIS CAUSE** is before the Court upon TimiPet, also known as Defendant No. 43's ("Defendant"), Expedited Motion *Nunc Pro Tunc* to Join the Motion to Dissolve Temporary Restraining Order and to Modify the Order Dissolving the Temporary Restraining Order to Include Defendant No. 43, ECF No. [68] ("Motion"). The Court has considered the Motion, the record in this case, the applicable law, and is otherwise fully advised. Upon review, it appears that Defendant's product is significantly distinguishable from the claimed design in this case. It has a seemingly attached pointed hat, has no oval in the mouth position, and drapes to the floor with no scalloped hem. ECF No. [13-1] at 60. These differences bely any conclusion that an ordinary observer would believe the products to be the same.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [68]**, is **GRANTED**.
2. The Order Dissolving Temporary Restraining Order, **ECF No. [56]**, is **AMENDED** to include Defendant No. 43, TimiPet.
3. The Temporary Restraining Order, **ECF No. [20]**, is **DISSOLVED** as to Defendant

No. 43, TimiPet.

4. Within 24 hours of this Order, Plaintiff shall provide a copy of this Order to Whaleco Inc. d/b/a Temu and to any other third party that received notice of the Temporary Restraining Order, and those third parties shall release all listings, accounts, and funds of Defendant No. 43, TimiPet, restrained under it.

**DONE AND ORDERED** in Chambers at Miami, Florida, on **October 8, 2026**.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record