**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-26215-BLOOM/Elfenbein**

ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
_______________________________________/

**ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation and Motion for Dismissal with Prejudice as to Defendant Nos. 3, 5, 8, 14, 16, 18, 20, and 25, ECF No. [78] ("Motion"), filed on **October 9, 2026**. The Court has carefully reviewed the Motion, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [78]**, is **GRANTED**.
2. The above-styled case is **DISMISSED WITH PREJUDICE** as to the following Defendants only (the "Dismissed Defendants"): Defendant No. 3, Taizhouyouchuanggongyipinyouxiangongsi d/b/a Yumiio; Defendant No. 5, yiwushihefanmaoyiyouxiangongsi d/b/a Joyehome Direct; Defendant No. 8, yiwushiguchuangdianzishangwuyouxiangongsi d/b/a FunouHome; Defendant No. 14, shenzhenjielinnamaoyiyouxiangongsi d/b/a ORIENTAL CHERRY HOME; Defendant No. 16, SHENZHENSHIHAINADADIANZISHANGWUYOUXIANGONGSI d/b/a

VersaCharm; Defendant No. 18, Xi'an wang te lai mao yi you xian gong si d/b/a Wantline; Defendant No. 20, yiwushihuanmaidianzishangwuyouxiangongsi d/b/a FestalMart Direct; and Defendant No. 25, yiwushijiafengongyipinyouxiangongsi d/b/a ENJOLLY HOME US (together with Plaintiff, the "Stipulating Parties").

3. Each party shall bear its own attorneys' fees and costs.
4. The Stipulating Parties' mutual waiver in Paragraph 3(c) of the Motion is approved and incorporated into this Order. No Stipulating Party shall seek any award of attorneys' fees, costs, expenses, damages, or sanctions against any other Stipulating Party or its counsel arising out of or relating to this action, whether under 35 U.S.C. § 285, 28 U.S.C. § 1927, Federal Rule of Civil Procedure 11, Federal Rule of Civil Procedure 65(c), or the Court's inherent authority, including any claim against the security Plaintiff posted under Rule 65(c), ECF Nos. [21], [65], [66], arising from the restraint of the Dismissed Defendants under the Temporary Restraining Order, ECF No. [20].
5. Neither the dismissal nor this Order is an adjudication of, or an admission by any Stipulating Party regarding, the validity, enforceability, or infringement of U.S. Design Patent No. D1,126,458.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 9, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record