**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:26-cv-26215-BLOOM/Elfenbein

**ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,**

Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

Defendants.

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION AS TO DEFENDANT NOS. 37, 38, 43, 44, AND 46**

Plaintiff Zhongshan Jializhi Technology Co., Ltd. ("Plaintiff") withdraws its Motion for Preliminary Injunction [ECF No. 50] (the "Motion") as to Defendant No. 37 (HGXgo), Defendant No. 38 (Kerxin), Defendant No. 43 (TimiPet), Defendant No. 44 (YHYstore), and Defendant No. 46 (Marhoom) (collectively, the "Withdrawn Defendants").

The Court has dissolved the Temporary Restraining Order [ECF No. 20] as to each Withdrawn Defendant. [ECF No. 56] (Nos. 37, 38, 44, and 46); [ECF No. 81] (No. 43). Plaintiff withdraws the Motion as to the Withdrawn Defendants to narrow the issues for the hearing set for October 13, 2026, at 2:00 p.m. [ECF Nos. 55, 59]. Plaintiff's claims against the Withdrawn Defendants remain pending. This withdrawal is without prejudice to Plaintiff's right to seek injunctive relief against any Withdrawn Defendant on a further record, and Plaintiff concedes no question of infringement or validity by filing this Notice.[1]

[1] Withdrawn Defendants have asked that Plaintiff relay to the Court that they do not object to this Notice and reserve all claims and defenses.

In light of this Notice and the dismissals entered at ECF Nos. 54, 67, 80, and 82, the Motion remains pending only as to Defendant No. 13 (Kindlivery), Defendant No. 21 (XinnLeen), and Defendant No. 24 (JIXXULVU).

Dated: October 11, 2026

Respectfully submitted,

/s/ Cole Carlson
Cole Carlson
LEAD TRIAL COUNSEL
Florida Bar No. 112863
CARLSON IP LAW, LLC
412 E Madison Street, Suite 821
Tampa, Florida 33602
Tel: (813) 445-5175
cole@carlsoniplaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date set forth above, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that I will serve a copy of the foregoing on all Defendants that have not appeared by e-mail, as authorized by Paragraph 2 of the Court's Omnibus Order [ECF No. 20].

/s/ Cole Carlson
Cole Carlson