**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:26-cv-26215-BLOOM/Elfenbein**

**ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,**

**Plaintiff,**

**v.**

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

**Defendants.**

_____________________________________/

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS NOS. 1, 30, 36**

Ziqi Yu and Zhaoxin Zhang ("Withdrawing Counsel") move under S.D. Fla. L.R. 11.1(d)(3)(A) for leave to withdraw their appearances as counsel for YanDe Store (No. 1), SnowFlood (No. 30), and Giftoday (No. 36) (the "Affected Defendants").

Withdrawing Counsel appeared on behalf of certain Defendants in this action, including Affected Defendants. ECF Nos. 24, 33. On October 10, 2026, Affected Defendants decide to hire new counsel and terminated undersigned counsel's representation in this matter. Withdrawing Counsel seek to honor the clients' choices.

Local Rule 11.1(d)(3)(A) requires leave of Court after notice to the client and opposing counsel. Rule 4-1.16(a)(3) of the Rules Regulating The Florida Bar requires withdrawal when a lawyer is discharged, subject to the tribunal's requirements under subdivision (c). The clients' choices establish good cause for the requested withdrawal.

For purposes of Local Rule 11.1(d)(3)(A), the current mailing addresses of the Affected Defendants are:

**YanDe Store (No. 1)**

**Guiyang Yande E-Commerce Co. LTD d/b/a YanDe Store**

Room 6184-03, 6th Floor, No. 349 Zongbao Road

Guiyang Comprehensive Bonded Zone

Guiyang, Guizhou

550017

China

(In Chinese: 贵阳综合保税区综保路 349 号 6 楼 6184-03

贵阳市

贵州

550017

CN)

**SnowFlood (No. 30):**

**Shenzhenshixuehongkejiyouxiangongsi d/b/a SnowFlood**

Room 506, No. 13, Liguang New Industrial Zone

Liguang Community, Guanlan Subdistrict

Longhua District, Shenzhen, Guangdong

518110

China

(In Chinese: 龙华区观澜街道

黎光社区黎光新工业区 13 号 506

深圳市

广东

518110

CN)

**Giftoday (No. 36):**

**Hangzhoujingquankejiyouxiangongsi d/b/a Giftoday**

Room 479, 4th Floor, Building 2

Shangkun Zixuan Plaza

No. 338 Zixuan Road, Sandun Town

Xihu District, Hangzhou

310030

China

(In Chinese: 三墩镇紫萱路 338 号

2 号楼尚坤紫萱广场 4 层 479 室

西湖区

杭州市

310030

CN)

WHEREFORE, Withdrawing Counsel respectfully request that the Court grant leave for Ziqi Yu and Zhaoxin Zhang to withdraw as counsel for the Affected Defendants, effective upon

entry of the order, and direct the Clerk to update their attorney associations for those defendants accordingly.

**Certificate of Good Faith Conference**

Pursuant to Local Rule 7.1(a), on October 11, 2026, Withdrawing Counsel conferred by email with Plaintiff's counsel Cole Y. Carlson in a good-faith effort to obtain agreement to withdrawal. Mr. Carlson does not oppose this motion.

Dated: October 12, 2026

Respectfully submitted,

/s/ Ziqi Yu
Ziqi Yu
Fla. Bar ID #1044119
procollider@pm.me
5794 Bird Rd Unit 554
Miami, FL 33155
415-519-5274

Zhaoxin Zhang, Esq.
T&C Lawfirm
34F Kangtai Innovation Tower
Nanshan District, Shenzhen
Guangdong Province, China
Tel: +86-15652520869
Email: zhangzhaoxin@tclawfirm.com

Counsel for YanDe Store (No. 1),
SnowFlood (No. 30), Giftoday (No. 36)

**Certificate of Service and Notice to Clients**

I certify that on October 12, 2026, I filed this motion and proposed order through CM/ECF, serving registered counsel receiving electronic notice. Plaintiff's counsel Cole Y. Carlson will receive a copy of this motion by email. On October 12, 2026, my notice of withdrawal and a copy of this motion are served on each Affected Defendant by WeChat.

/s/ Ziqi Yu