**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:26-cv-26215-BLOOM/Elfenbein**

**ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,**

**Plaintiff,**

**v.**

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

**Defendants.**

_______________________________________/

## PROPOSED ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS NOS. 1, 30, 36

THIS CAUSE is before the Court upon Ziqi Yu and Zhaoxin Zhang's Expedited Motion for Leave to Withdraw as Counsel for Defendants Nos. 1, 30, 36. The Court, having reviewed the motion and being otherwise fully advised, ORDERS AND ADJUDGES as follows:

The motion is GRANTED. Ziqi Yu and Zhaoxin Zhang are permitted to withdraw as counsel for anDe Store (No. 1), SnowFlood (No. 30), and Giftoday (No. 36), effective upon entry of this Order.

DONE AND ORDERED in Chambers at Miami, Florida, on [DATE].

_______________________________

BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of record