**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-26215-BLOOM/Elfenbein**

ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE AS TO DEFENDANT NO. 29, RETAIN JURISDICTION TO ENFORCE SETTLEMENT, AND AUTHORIZE RELEASE OF RESTRAINED FUNDS**

THIS CAUSE is before the Court upon Plaintiff's Unopposed Motion to Dismiss With Prejudice as to Defendant No. 29, Retain Jurisdiction to Enforce Settlement, and Authorize Release of Restrained Funds (the "Motion"). The Motion concerns Defendant No. 29, Shenzhen Yumo E-commerce Co., Ltd. d/b/a Fleyudemo (the "Settling Defendant"). The Court has carefully considered the Motion and the record, and is otherwise fully advised. Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Motion is GRANTED.

2. All claims against the Settling Defendant are DISMISSED WITH PREJUDICE under Federal Rule of Civil Procedure 41(a)(2). Each party shall bear its own attorneys' fees, costs, and expenses.

3. The Court retains jurisdiction to enforce the terms of the settlement agreement between Plaintiff and the Settling Defendant.

4. The Temporary Restraining Order, ECF No. [20], as extended, ECF No. [55], and any asset restraint entered in this action are no longer in effect as to the Settling Defendant.

5. Amazon.com, Inc., Amazon.com Services LLC, and any financial institution or payment processor that received notice of the Temporary Restraining Order are authorized and directed to release to the Settling Defendant all funds and accounts restrained on account of this action, and to reinstate the Settling Defendant's storefront (Seller ID A23BRBKAP5ZEFQ) and listing (ASIN B0FHGMVMRC) disabled under the Temporary Restraining Order.

6. This Order applies solely to the Settling Defendant. This action remains pending against all other Defendants identified on Schedule "A." The Clerk of Court is directed to terminate Defendant No. 29 as a party to this action.

DONE AND ORDERED in Chambers at Miami, Florida, on ____________________, 2026.

______________________________
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record