**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-26215-BB**

ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE “A,”

Defendants.
_______________________________________/

**ORDER ON DEFENDANTS’ MOTION TO DISMISS**

**THIS CAUSE** is before the Court upon the Motion to Dismiss the Complaint Under Rule 12(b) and, in the Alternative, to Drop Misjoined Defendants Under 35 U.S.C. § 299 and Rule 21, ECF No. [__] (“Motion”), filed by the Defendants identified on Schedule “A” as Nos. 31, 35, 37, 38, 39, 43, 44, 46, 47, and 48 (the “Moving Defendants”). The Court has carefully considered the Motion, the record in this case, the applicable law, and is otherwise fully advised. For the reasons stated in the Motion, the Complaint fails to state a claim for design patent infringement against the Moving Defendants, and amendment would be futile.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, ECF No. [__], is **GRANTED**.

2. The Complaint, ECF No. [1], is **DISMISSED WITH PREJUDICE** as to Defendant Nos. 31, 35, 37, 38, 39, 43, 44, 46, 47, and 48 for failure to state a claim upon which relief can be granted. Leave to amend is denied as futile.

3. The Moving Defendants’ alternative requests for relief are **DENIED AS MOOT**.

4. The Moving Defendants are terminated as parties to this action. This Order does not affect Plaintiff's claims against any other Defendant.

**DONE AND ORDERED** in Chambers at Miami, Florida, on ____________, 2026.

______________________________
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record