**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-26215-BLOOM/Elfenbein**

ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
________________________________________/

**ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS WITH PREJUDICE AND RELEASE OF ASSET RESTRAINT**

**THIS CAUSE** is before the Court upon Plaintiff's Unopposed Motion to Dismiss with Prejudice as to Defendant No. 29, Retain Jurisdiction to Enforce Settlement, and Authorize Release of Restrained Funds, ECF No. [89] ("First Motion"). Also before the Court is Plaintiff's Unopposed Motion to Dismiss with Prejudice as to Defendant No. 27, Retain Jurisdiction to Enforce Settlement, and Authorize Release of Restrained Funds, ECF No. [90] ("Second Motion"). The Court has carefully reviewed the Motions, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The First Motion, **ECF No. [89]**, is **GRANTED**.
   a. The above-styled case is **DISMISSED WITH PREJUDICE** as to Defendant No. 29, Shenzhen Yumo E-commerce Co., Ltd. d/b/a Fleyudemo ("Defendant No. 29").
   b. The Court retains jurisdiction to enforce the terms of the settlement agreement

between Plaintiff and Defendant No. 29.

c. The Temporary Restraining Order, ECF No. [20], as extended, ECF No. [55], and any asset restraint entered in this action are no longer in effect as to Defendant No. 29.

d. Amazon.com, Inc., Amazon.com Services LLC, and any financial institution or payment processor that received notice of the Temporary Restraining Order are authorized and directed to release to Defendant No. 29 all funds and accounts restrained on account of this action, and to reinstate Defendant No. 29's storefront (Seller ID A23BRBKAP5ZEFQ) and listing (ASIN B0FHGMVMRC) disabled under the Temporary Restraining Order.

2. The Second Motion, **ECF No. [90]**, is **GRANTED**.

a. The above-styled case is **DISMISSED WITH PREJUDICE** as to Defendant No. 27, Shenzhenshiduomeixingkejiyouxiangongsi d/b/a REGTEB ("Defendant No. 27").

b. The Court retains jurisdiction to enforce the terms of the settlement agreement between Plaintiff and Defendant No. 27.

c. The Temporary Restraining Order, ECF No. [20], as extended, ECF No. [55], and any asset restraint entered in this action are no longer in effect as to Defendant No. 27.

d. Amazon.com, Inc., Amazon.com Services LLC, and any financial institution or payment processor that received notice of the Temporary Restraining Order are authorized and directed to release to Defendant No. 27 all funds and accounts restrained on account of this action, and to reinstate Defendant No. 27's storefront (Seller ID A1JHOYO18T6GTZ) and listing (ASIN B0H29CT24T)

disabled under the Temporary Restraining Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, on **October 15, 2026**.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record