incoPat

# Design

No. : GB6097160S
Date : 20200811

Title :

Figurine

Applicant :

The York Ghost Company Ltd,95 Union Terrace, YORK, YO31 7ES,US;

Inventors :

(No data)

Agency :

Franks & Co Limited

Attorney :

Franks & Co Limited

Appl.no :

GB6097160

Appl.Date :

20200805

LOC :

11-02

Disclaimer: "This document is created by incoPat, and incoPat reserves all of its related copyrights. incoPat doest not warrant this document's accuracy, completeness or currentness, nor provide any advices to you through it. Your use of this document shall be subject to the terms set out in incoPat Terms , and you shall be fully responsible for the results associated with using this document."

免责声明：" 本文件为incoPat原创作品，incoPat保留其全部著作权。incoPat不保证本文件的准确性、完整性和最新性，亦不通过本文件向您提供任何建议。您应按照 incoPat服务条款 的规定使用本文件，并对使用结果自行承担全部责任。"



FIG. 1

Disclaimer: "This document is created by incoPat, and incoPat reserves all of its related copyrights. incoPat doest not warrant this document' s accuracy, completeness or currentness, nor provide any advices to you through it. Your use of this document shall be subject to the terms set out in incoPat Terms , and you shall be fully responsible for the results associated with using this document."

免责声明："本文件为incoPat原创作品，incoPat保留其全部著作权。incoPat不保证本文件的准确性、完整性和最新性，亦不通过本文件向您提供任何建议。您应按照incoPat服务条款 的规定使用本文件，并对使用结果自行承担全部责任。"



FIG. 2

Disclaimer: “This document is created by incoPat, and incoPat reserves all of its related copyrights. incoPat doest not warrant this document’ s accuracy, completeness or currentness, nor provide any advices to you through it. Your use of this document shall be subject to the terms set out in incoPat Terms , and you shall be fully responsible for the results associated with using this document.”

免责声明：”本文件为incoPat原创作品，incoPat保留其全部著作权。incoPat不保证本文件的准确性、完整性和最新性，亦不通过本文件向您提供任何建议。您应按照 incoPat服务条款 的规定使用本文件，并对使用结果自行承担全部责任。”



FIG. 3

Disclaimer: “This document is created by incoPat, and incoPat reserves all of its related copyrights. incoPat doest not warrant this document’ s accuracy, completeness or currentness, nor provide any advices to you through it. Your use of this document shall be subject to the terms set out in incoPat Terms , and you shall be fully responsible for the results associated with using this document.”

免责声明：”本文件为incoPat原创作品，incoPat保留其全部著作权。incoPat不保证本文件的准确性、完整性和最新性，亦不通过本文件向您提供任何建议。您应按照incoPat服务条款 的规定使用本文件，并对使用结果自行承担全部责任。”



FIG. 4

Disclaimer: “This document is created by incoPat, and incoPat reserves all of its related copyrights. incoPat doest not warrant this document’s accuracy, completeness or currentness, nor provide any advices to you through it. Your use of this document shall be subject to the terms set out in incoPat Terms , and you shall be fully responsible for the results associated with using this document.”

免责声明：”本文件为incoPat原创作品，incoPat保留其全部著作权。incoPat不保证本文件的准确性、完整性和最新性，亦不通过本文件向您提供任何建议。您应按照incoPat服务条款 的规定使用本文件，并对使用结果自行承担全部责任。”



FIG. 5

Disclaimer: "This document is created by incoPat, and incoPat reserves all of its related copyrights. incoPat doest not warrant this document' s accuracy, completeness or currentness, nor provide any advices to you through it. Your use of this document shall be subject to the terms set out in incoPat Terms , and you shall be fully responsible for the results associated with using this document."

免责声明：”本文件为incoPat原创作品，incoPat保留其全部著作权。incoPat不保证本文件的准确性、完整性和最新性，亦不通过本文件向您提供任何建议。您应按照 incoPat服务条款 的规定使用本文件，并对使用结果自行承担全部责任。”



FIG. 6

Disclaimer: "This document is created by incoPat, and incoPat reserves all of its related copyrights. incoPat doest not warrant this document's accuracy, completeness or currentness, nor provide any advices to you through it. Your use of this document shall be subject to the terms set out in incoPat Terms , and you shall be fully responsible for the results associated with using this document."

免责声明："本文件为incoPat原创作品，incoPat保留其全部著作权。incoPat不保证本文件的准确性、完整性和最新性，亦不通过本文件向您提供任何建议。您应按照 incoPat服务条款 的规定使用本文件，并对使用结果自行承担全部责任。"



FIG. 7

Disclaimer: "This document is created by incoPat, and incoPat reserves all of its related copyrights. incoPat doest not warrant this document' s accuracy, completeness or currentness, nor provide any advices to you through it. Your use of this document shall be subject to the terms set out in incoPat Terms , and you shall be fully responsible for the results associated with using this document."

免责声明：”本文件为incoPat原创作品，incoPat保留其全部著作权。incoPat不保证本文件的准确性、完整性和最新性，亦不通过本文件向您提供任何建议。您应按照incoPat服务条款 的规定使用本文件，并对使用结果自行承担全部责任。”



FIG. 8

Disclaimer: “This document is created by incoPat, and incoPat reserves all of its related copyrights. incoPat doest not warrant this document’ s accuracy, completeness or currentness, nor provide any advices to you through it. Your use of this document shall be subject to the terms set out in incoPat Terms , and you shall be fully responsible for the results associated with using this document.”

免责声明：”本文件为incoPat原创作品，incoPat保留其全部著作权。incoPat不保证本文件的准确性、完整性和最新性，亦不通过本文件向您提供任何建议。您应按照 incoPat服务条款 的规定使用本文件，并对使用结果自行承担全部责任。”