(19)国家知识产权局

(12)外观设计专利

(10)授权公告号 CN 308683308 S
(45)授权公告日 2024.06.14

(21)申请号 202330560420.5
(22)申请日 2023.08.30

(73)专利权人 上海凸派贸易有限公司
地址 200086 上海市虹口区物华路138号
1209室

(72)设计人 请求不公布姓名

(51)LOC(14)Cl.
06-13

图片或照片 3 幅 简要说明 1 页

(54)使用外观设计的产品名称

毛巾



使用状态参考图

CN 308683308 S

主视图



后视图



使用状态参考图

1.本外观设计产品的名称:毛巾。
2.本外观设计产品的用途:毛巾。
3.本外观设计产品的设计要点:在于毛巾上三个孔洞位置及形状。
4.最能表明设计要点的图片或照片:使用状态参考图。
5.请求保护的外观设计包含色彩。