incoPat

# Design

No. : GB4004787S
Date : 20071121

Title :

Logo

Applicant :

Taycon Toys Ltd,The Vicarage,Wendron,Helston,Cornwall, TR13 ONA,GB;

Inventors :

(No data)

Agency :

Clare Gibbons

Attorney :

Clare Gibbons

Appl.no :

GB4004787

Appl.Date :

20071020

LOC :

99

Disclaimer: “This document is created by incoPat, and incoPat reserves all of its related copyrights. incoPat doest not warrant this document’s accuracy, completeness or currentness, nor provide any advices to you through it. Your use of this document shall be subject to the terms set out in incoPat Terms , and you shall be fully responsible for the results associated with using this document.”

免责声明：”本文件为incoPat原创作品，incoPat保留其全部著作权。incoPat不保证本文件的准确性、完整性和最新性，亦不通过本文件向您提供任何建议。您应按照incoPat服务条款 的规定使用本文件，并对使用结果自行承担全部责任。”



FIG. 1

Disclaimer: "This document is created by incoPat, and incoPat reserves all of its related copyrights. incoPat doest not warrant this document' s accuracy, completeness or currentness, nor provide any advices to you through it. Your use of this document shall be subject to the terms set out in incoPat Terms , and you shall be fully responsible for the results associated with using this document."

免责声明：”本文件为incoPat原创作品，incoPat保留其全部著作权。incoPat不保证本文件的准确性、完整性和最新性，亦不通过本文件向您提供任何建议。您应按照 incoPat服务条款 的规定使用本文件，并对使用结果自行承担全部责任。”




FIG. 2

Disclaimer: “This document is created by incoPat, and incoPat reserves all of its related copyrights. incoPat doest not warrant this document’s accuracy, completeness or currentness, nor provide any advices to you through it. Your use of this document shall be subject to the terms set out in incoPat Terms , and you shall be fully responsible for the results associated with using this document.”

免责声明：”本文件为incoPat原创作品，incoPat保留其全部著作权。incoPat不保证本文件的准确性、完整性和最新性，亦不通过本文件向您提供任何建议。您应按照incoPat服务条款 的规定使用本文件，并对使用结果自行承担全部责任。”

Brief explanation

Logo

Disclaimer: “This document is created by incoPat, and incoPat reserves all of its related copyrights. incoPat doest not warrant this document’s accuracy, completeness or currentness, nor provide any advices to you through it. Your use of this document shall be subject to the terms set out in incoPat Terms , and you shall be fully responsible for the results associated with using this document.”

免责声明：”本文件为incoPat原创作品，incoPat保留其全部著作权。incoPat不保证本文件的准确性、完整性和最新性，亦不通过本文件向您提供任何建议。您应按照incoPat服务条款 的规定使用本文件，并对使用结果自行承担全部责任。”