**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:26-cv-26215-BB

ZHONGSHAN JIALIZHI TECHNOLOGY CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.

---

**PROPOSED ORDER GRANTING GRIFFIN C. KLEMA, ESQ. LEAVE TO WITHDRAW AS COUNSEL**

THIS CAUSE is before the Court upon Griffin C. Klema and the law firm of Klema Law, PL's motion to withdraw as counsel for certain of the Schedule A defendants. The Court, having reviewed the motion and being otherwise fully advised, ORDERS AND ADJUDGES as follows:

The motion is GRANTED. Griffin C. Klema, Esq. and Klema Law, PL are granted leave to withdraw as counsel for the defendants, and neither shall have any continuing obligation with respect to any of the defendants. By entering this order, no defendants are without counsel, as they are represented either by Nitin Kaushik or Jianyin Liu. However, those defendants represented by Attorney Kaushik must secure local counsel within 30 days, Mr. Kaushik being admitted only *pro hac vice* and without ECF filing privileges. See S.D. Fla. L. R. 4(b)(3) (an attorney admitted pro hac vice shall "designate at least one member of the bar of this Court ... who shall be responsible for filing and serving

documents in compliance with the CM/ECF Administrative Procedures").

DONE AND ORDERED in Chambers at Miami, Florida, on October __ , 2026.

______________________________
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of record